IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OLESEN CONSTRUCTION, INC. | ) Case No. 06 B 8795 |
| | ) |
| Debtor and Debtor in Possession. | ) Judge Pamela Hollis |
| | ) Hearing: July 27, 2006, 10:00 A.M. |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEYS AND AUTHORIZING USE OF RETAINER

This matter came to be heard on the application of Debtor and Debtor in Possession, OLESEN CONSTRUCTION, INC., for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as its attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession is authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram and James Lai of FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties.

Dated:                                                      BY THE COURT

_____
The Honorable Pamela Hollis
U.S. Bankruptcy Judge

JUL 2 7 2006

This document was prepared by
Forrest L. Ingram, P.C.