## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLESEN CONSTRUCTION, INC. | ) | Case No. 06 B 8795 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Pamela Hollis |
| | ) | Hearing: August 8, 2006 at 10:00 a.m. |

### ORDER ALLOWING EMPLOYMENT OF ACCOUNTANT

This matter came to be heard on the application of Debtor, OLESEN CONSTRUCTION, INC., for authority to employ Tom Gruszauskas and **SIKICH, INC.** as its accountant in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED**

1. Debtor is authorized, pursuant to 11 U.S.C. §327(a), to employ Tom Gruszauskas and the firm **SIKICH, INC.** to represent the Debtor and Debtor in Possession in this Chapter 11 case, at the customary hourly rate of $120.00 per hour for ordinary bookkeeping and accounting services and $175.00 per hour for specialized services, such as those required under the Bankruptcy Code and Rules, with payments subject to approval by this Court upon application for fees and reimbursement of expenses.

Dated:                                                                                    BY THE COURT:

_____
Honorable Pamela Hollis
U.S. Bankruptcy Judge        **AUG - 8 2006**

This document was prepared by
Forrest L. Ingram, P.C.

4