## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OLESEN CONSTRUCTION, INC. ) | Case No. 06 B 08795 |
| ) | |
| Debtor and Debtor in Possession. ) | Judge Pamela Hollis |
| ) | August 29, 2006 at 10:00 a.m.. |

### ORDER ALLOWING EMPLOYMENT OF SPECIAL COUNSEL

This matter came to be heard on the application of Debtor, OLESEN CONSTRUCTION, INC., for authority to employ Bruce Mills as its SPECIAL COUNSEL with respect to labor matters both in this Chapter 11 case and in non-bankruptcy venues. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED**

1. Debtor is authorized, pursuant to 11 U.S.C. §327(e), to employ Bruce Mills *nunc pro tunc* as special counsel to represent the Debtor and Debtor in Possession in labor-related matters both in this Chapter 11 case and in non-bankruptcy venues, at Mills' customary hourly rate of $220.00 per hour, with payments subject to approval by this Court upon application for fees and reimbursement of expenses.

Dated: **AUG 29 2006**

BY THE COURT:

_____
Honorable Pamela Hollis
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.