UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                            | Case No.: 06-B-8795
                                                  | Chapter 11
OLESEN CONSTRUCTION, INC.                         |
                                                  | Judge Pamela Hollis
Debtor and Debtor in Possession.                  | Hearing: August 29, 2006 at 10:00 AM

### ORDER GRANTING DEBTOR'S MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT

This matter being before the court on the motion of Debtor, Olesen Construction, Inc., to reject a collective bargaining agreement under 11 U.S.C. § 1113, the court hereby orders:

1. Debtor's motion is granted.

2. Debtor's collective bargaining agreement with the Chicago District Council of Carpenters is hereby terminated.

_____
Honorable Pamela Hollis
Bankruptcy Court Judge

SEP 1 2 2006
_____
Date

Document prepared by:

Forrest Ingram PC
79 W Monroe Street # 1210
Chicago, IL 60603
(312) 759-2838