## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 06 B 8795 |
| | ) | |
| OLESEN CONSTRUCTION, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

### ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 43]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 33,726.00 | TOTAL COSTS REQUESTED: | $ 1,248.28 |
| TOTAL FEES REDUCED: | $ 911.25 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 32,814.75 | TOTAL COSTS ALLOWED: | $ 1,248.28 |

### TOTAL FEES AND COSTS ALLOWED:   $ 34,063.03

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

### (3)   Unreasonable Time

The court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. In re Pettibone, 74 B.R. 293, 406 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project . . . . An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." In re Wildman, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

### (5)   Duplication of Services

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 7/13/06 | Adm | Spoke with Randy Olesen re possible chapter 11. Referred by Horwitz and Weinstein. Discuss debts, problems. Set appointment. No charge. | FLI | 0.30 | $0.00 |
| 7/17/06 | Adm | Attend client intake meeting; take notes and discuss potential strategies for case. | JL | 1.00 | $200.00 |
| | | | ⑤ (- $200.00) | | |
| 7/17/06 | Adm | Review Secretary of State information. Intake conference with Randy and Kristin Olesen re possible chapter 11. Discuss union, suppliers, and other information. | FLI | 1.50 | $300.00 |
| 7/19/06 | Adm | Enter data into Best Case. Spoke with Randy re schedules. Fax to him for further data. | FLI | 0.50 | $187.50 |
| 7/20/06 | Adm | Conference with Randy and Kristin Olsen re chapter 11. Complete and revise schedules. Discuss procedures, conflict with union, and other matters. | FLI | 3.50 | $1312.50 |
| 7/22/06 | Adm | Draft email letter re chapter 11. Send to client. | FLI | 0.10 | $37.50 |
| 7/22/06 | Adm | Draft list of duties of small business chapter 11 debtors in possession. | FLI | 0.40 | $150.00 |
| 7/24/06 | Adm | Spoke with Randy re chapter 11 filing and further information and documents needed. Discuss employment of attorneys and accountants. | FLI | 0.20 | $75.00 |
| 7/24/06 | Adm | Review fax from Kristin. Revise schedules. Scan in documents for filing, including tax returns. Open ECF folder for Olesen. File new chapter 11 case by ECF. | FLI | 0.80 | $300.00 |
| | | ⑦ (- $30.00) | | | |
| 7/26/06 | Adm | Spoke with Kristin Olsen re trustee meeting and § 341(a) meeting. Also re statement of financial affairs and decertification of union. | FLI | 0.30 | $112.50 |
| 7/27/06 | Adm | Spoke with Kristin re cash flow problem and IRS claim for lien. | FLI | 0.20 | $75.00 |
| 7/27/06 | Adm | Spoke with Randy Olesen re statement of financial affairs and union. | FLI | 0.20 | $75.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 7/28/06 | Adm | Email to Olesen re response to four questions raised in Olesen's fax letter. | FLI | 0.20 | $75.00 |
| 7/29/06 | Adm | Review extensive fax from Randy Olesen. Amend schedules and petition. | FLI | 0.50 | $187.50 |
| 7/29/06 | Adm | Spoke with Kristin Olesen re opening DIP account at Chase. | FLI | 0.10 | $37.50 |
| 7/29/06 | Adm | Scan in amended petition and schedules. Draft letter to client re same. Send by email. | FLI | 0.20 | $75.00 |
| 8/1/06 | Adm | Spoke with Kristin re various questions re insurance, union, status. | FLI | 0.20 | $75.00 |
| 8/2/06 | Adm | Revise Schedules E & F and creditor's matrix. File by ECF the amended chapter 11 petition, amended schedules E & F, and amended creditor's matrix. | FLI | 0.60 | $225.00 |
| 8/2/06 | Adm | Refile motion to correct ECF entry. ⟨3⟩ (- $112.50) | FLI | 0.30 | $112.50 |
| 8/4/06 | Adm | Strategy session with JL and RW re Olesen case; discuss bar date motion, rejection of union contract, objections to claims, tax issues, and plan. | FLI | 0.40 | $150.00 |
| 8/7/06 | Adm | Review motion to set bar date. Scan in. File by ECF. ⟨5⟩ (- $75.00) | FLI | 0.20 | $75.00 |
| 8/7/06 | Adm | Prepared notice of motion, service list, and order. Filed motion to set bar date. Served. | RW | 1.20 | $96.00 |
| 8/15/06 | Adm | Prepare for court and court appearance re motion to set bar date. Get order entered. Direct CB to mail to all creditors and prepare certificate of service. | FLI | 0.50 | $187.50 |
| 8/16/06 | Adm | Review fax from Kristin. Call to Olesen; left message. | FLI | 0.10 | $37.50 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 8/18/06 | Adm | Spoke with Randy Olesen re $15,000 from Essex, reinstatement of auto insurance, status of sale of assets, and union harassment and intimidation. | FLI | 0.20 | $75.00 |
| 8/19/06 | Adm | Draft "Case Management" summary. Draft letter to client. Fax with copy of Case Management. | FLI | 0.50 | $187.50 |
| 8/28/06 | Adm | Attend first meeting of creditors. | PB | 1.50 | $300.00 |
| 8/28/06 | Adm | Meet with the Olesens and FLI to prepare for meeting of creditors. Conference with FLI re case strategy. | PB | 0.50 | $100.00 |
| 8/28/06 | Adm | Represent client at first meeting of creditors. | FLI | 0.90 | $337.50 |
| 8/28/06 | Adm | Meet with Randy and Kristin Olesen and Peter Berk to prepare for 341(a) meeting. | FLI | 0.80 | $300.00 |
| 9/4/06 | Adm | Draft memo to JL, PB, and RW re status. | FLI | 0.10 | $37.50 |
| 9/4/06 | Adm | Update case management report. | FLI | 0.10 | $37.50 |
| 9/5/06 | Adm | Review memo from FLI re strategy on case. | PB | 0.10 | $20.00 |
| 9/15/06 | Adm | Draft letter updating clients re status of case. | JL | 0.20 | $40.00 |
| 9/20/06 | Adm | Teleconference with FLI and Kristin Olesen re insurance issue and preference recovery. | PB | 0.30 | $60.00 |
| 9/20/06 | Adm | Spoke with Kristin Olesen re insurance problems, cash collateral, fees, adversaries, and other matters. | FLI | 0.30 | $112.50 |

(handwritten annotations: (5) (−$300.00) ; (−$100.00) (5) )

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 8/29/06 | Employ | Court appearance re employment of Bruce Mills as special counsel. Order entered. | FLI | 0.20 | $75.00 |
| 8/29/06 | Employ | Meet with trustee re deleting one paragraph from engagement agreement with Mills. Confer with Mills re same. | FLI | 0.20 | $75.00 |
| | | **Time by Nature** | | **6.40** | |
| | | **Fee by Nature** | | | **$2400.00** |
| 8/30/06 | Fee | Begin drafting first interim fee application. | PB | 2.00 | $400.00 |
| 8/30/06 | Fee | Conference with FLI re drafting fee petition and notice to sell assets of Debtor. | PB | 0.10 | $20.00 |
| 9/22/06 | Fee | Work on fee application. Edit time sheets. | FLI | 1.20 | $450.00 |
| | | **Time by Nature** | | **3.30** | |
| | | **Fee by Nature** | | | **$870.00** |
| 7/26/06 | Ins | Spoke with Kristin re cancellation of Workman's Comp Insurance. Review notice. Research. Draft letter to Everest re non-cancellation. Direct RW to find case law. | FLI | 0.50 | $187.50 ⑦ (-$18.75) |
| 7/27/06 | Ins | Research re attempt by Insurance company to cancel Workman's Comp policy. Memo to FLI re results. | RW | 3.70 | $296.00 |
| 7/27/06 | Ins | Review research by RW re automatic stay's application to attempt by insurance company to terminate Workman's Comp policy. Revise letter to Everest. Draft fax cover. Direct CB to fax to Everest and to client. | FLI | 0.40 | $150.00 |
| 8/10/06 | Ins | Spoke with Kristin Olesen re letter to John Hunter re reinstatement of car insurance, akin to reinstatement of Workers Comp Insurance. | FLI | 0.10 | $37.50 |
| 8/10/06 | Ins | Review faxes re cancellation of auto insurance. Draft letter to John Hunter re automatic stay preventing cancellation. Draft fax cover letter. Fax to Hunter and Olesen. | FLI | 0.50 | $187.50 ⑦ (-$18.75) |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 8/10/06 | Union | Draft fax letter to Carpenters Union. Direct CB to fax letter re § 1113 to union, copy to Olesen and Mills. | FLI | 0.10 | $37.50 |
| 8/11/06 | Union | Review and revise motion to terminate union collective bargaining agreement (CBA). Discuss changes with JL. Direct JL to revise, draft order and notice of motion. | FLI | 0.50 | $187.50 |
| 8/11/06 | Union | Scan in and file by ECF Olesen's motion to terminate the CBA with Carpenters Union. | FLI | 0.20 | $75.00 |
| 8/11/06 | Union | Revise § 1113 motion; prepare notice of motion, service list, order. | JL | 0.30 | $60.00 |
| 8/16/06 | Union | Spoke with Bruce Mills re union letter and our response. Also re engagement of Mills under § 327(e) as special counsel on union matters. | FLI | 0.20 | $75.00 |
| 8/16/06 | Union | <u>Draft letter to Travis Ketterman, union attorney, re notices re jobsites and re meeting to discuss § 1113. Draft fax cover. Direct CB to fax and mail, copy to client.</u> ⑦ | FLI | 0.50 | $187.50 (- $18.75) |
| 8/22/06 | Union | Draft follow-up letter to union re negotiating, under § 1113, modifications needed in CBA. | JL | 1.00 | $200.00 |
| 8/24/06 | Union | Spoke with Bruce Mills re Memorandum of Agreement dated 3/21/05. Draft fax cover. Direct CB to fax. | FLI | 0.20 | $75.00 |
| 8/25/06 | Union | Start working on presentation for § 1113 motion. | JL | 0.50 | $100.00 |
| 8/25/06 | Union | Direct JL to gather information to support motion to terminate CBA; also to research re immediate grant of motion. | FLI | 0.20 | $75.00 |
| 8/28/06 | Union | Prepare detailed memorandum on 9-factor test for § 1113 analysis; summarize what evidence needs to be presented at prove-up. | JL | 5.00 | $1000.00 |
| 8/28/06 | Union | Download and read cases re rejection of union contract. | FLI | 1.00 | $375.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 8/31/06 | Union | Spoke with Travis Ketterman re possibility that union will not object to motion to terminate CBA. Draft letter to B. Mills and Randy Olesen re same. Direct CB to fax. | FLI | 0.20 | $75.00 |
| 9/1/06 | Union | Review article on Employee Rights and Employer wrongs in bankruptcy by author Richard Seltzer. | FLI | 0.20 | $75.00 |
| 9/5/06 | Union | Review letter from Ketterman re he has no objection to motion to terminate CBA. | PB | 0.10 | $20.00 |
| 9/5/06 | Union | Spoke with Travis Ketterman re union's decision not to oppose motion to terminate CBA. Download letter re same. Print. | FLI | 0.20 | $75.00 |
| 9/5/06 | Union | Conference with FLI re union not opposing motion to reject CBA. | PB | 0.10 | $20.00 |
| 9/12/06 | Union | Direct JL to cover court re motion to terminate CBA. Order was entered without opposition of union. ③ (-$37.50) | FLI | 0.10 | $37.50 |
| 9/12/06 | Union | Attend hearing on § 1113 motion, obtain order granting motion to terminate. | JL | 1.00 | $200.00 |
| 9/12/06 | Union | Draft email to Ketterman with copy of order terminating CBA. Send copies to client and to Bruce Mills. | FLI | 0.20 | $75.00 |
| 9/15/06 | Union | Left message for Cecilia Scanlon, trust attorney, re motion for 2004 examination. | PB | 0.10 | $20.00 |
| 9/20/06 | Union | Review motion for Rule 2004 exam by union trust fund. | PB | 0.20 | $40.00 |

**Time by Nature**        36.60

**Fee by Nature**                $9577.50

**(7)    Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(13)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date:    **OCT 17 2006**

PAMELA S. HOLLIS
United States Bankruptcy Judge