Giesen Construction
Billing Rate Worksheet
For the Period from July 1, 2006 to November 15, 2006

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/6/06 | Gardner | 4th 2005, 1st and 2nd quarter 2006 | 0.30 | 111.00 | 33.30 |
| 7/14/06 | Gardner | Call with Kristen about quarterly payroll info needed and changing employee deduction | 0.20 | 111.00 | 22.20 |
| 7/24/06 | Gardner | Phone call with Kristen | 0.50 | 111.00 | 55.50 |
| 7/25/06 | Gardner | Payroll tax returns | 4.00 | 111.00 | 444.00 |
| 7/26/06 | Gruszauskas | Kathy G on bankruptcy | 0.20 | 140.00 | 28.00 |
| 7/26/06 | Gardner | Payroll tax returns: get SSN from Kristen and print reports. Called Forrest and left vm about whether to mail quarterlies or not | 0.50 | 111.00 | 55.50 |
| 7/26/06 | Gardner | Call with Forrest Ingram about the bankruptcy | 0.30 | 111.00 | 33.30 |
| 7/26/06 | Gardner | Call and fax to Kristen for new employee information | 0.30 | 111.00 | 33.30 |
| 7/28/06 | Gardner | Two phone calls: One about tax lien and total due to IRS with Kristen. Then a call form Randy about how to figure job costs for employees. | 0.50 | 111.00 | 55.50 |
| 7/28/06 | Gardner | Call with Forrest. Emailed him needed information for affidavit etc. | 0.80 | 111.00 | 88.80 |
| 7/31/06 | Herlihy | Bankruptcy letter | 0.10 | 105.00 | 10.50 |
| 7/31/06 | Gardner | Calls with Tom, fax Forrest all the corrected and notarized documents | 0.50 | 111.00 | 55.50 |
| 7/31/06 | Gardner | Hourly rates | 0.10 | 140.00 | 14.00 |
| 8/2/06 | Gruszauskas | With banker | 0.10 | 140.00 | 14.00 |
| 8/10/06 | Gruszauskas | With Christine on 941's | 0.10 | 140.00 | 14.00 |
| 8/10/06 | Gruszauskas | Research 941's and compare to bankruptcy report | 0.40 | 140.00 | 56.00 |
| 8/10/06 | Gruszauskas | With Forrest on IRS claim letter | 0.30 | 140.00 | 42.00 |
| 8/10/06 | Gruszauskas | Review of liquidation analysis | 0.40 | 140.00 | 56.00 |
| 8/22/06 | Gruszauskas | Getting started on bankruptcy pleadings | 1.50 | 140.00 | 210.00 |
| 8/23/06 | Gruszauskas | Liquidation analysis for bankruptcy proceedings, research on Harris Bank loans, calls into Randy on union audit | 6.00 | 140.00 | 840.00 |
| 8/24/06 | Gruszauskas | Randy on union and liquidation analysis | 0.30 | 140.00 | 42.00 |
| 8/24/06 | Gruszauskas | Review of union audit | 0.40 | 140.00 | 56.00 |
| 8/24/06 | Gruszauskas | VM Forrest | 0.10 | 140.00 | 14.00 |
| 9/1/06 | Gruszauskas | Debt payment analysis | 3.00 | 140.00 | 420.00 |
| 9/12/06 | Gruszauskas | Business plan | 1.70 | 140.00 | 238.00 |
| 9/18/06 | Gardner | 2 phone calls from Kristen about bankruptcy | 0.50 | 111.00 | 55.50 |
| 9/18/06 | Gruszauskas | Calls to Randy, email to Forrest and call to Pete | 0.70 | 140.00 | 98.00 |
| 9/19/06 | Gruszauskas | 90 day budget for Harris Bank for bankruptcy | 5.50 | 140.00 | 770.00 |
| 9/20/06 | Gardner | Called Kristen about backup | 0.30 | 111.00 | 33.30 |
| 9/29/06 | Gruszauskas | New 90 day budget | 1.50 | 140.00 | 210.00 |
| 10/2/06 | Gruszauskas | Misc. bankruptcy report | 3.00 | 140.00 | 420.00 |
| 10/5/06 | Gruszauskas | Client conference: on what is needed for bankruptcy report | 0.40 | 140.00 | 56.00 |
| 10/10/06 | Gruszauskas | Misc. September bankruptcy report | 4.00 | 140.00 | 560.00 |
| 10/12/06 | Gruszauskas | Misc. finish September operating report for trustee | 1.50 | 140.00 | 210.00 |
| 10/13/06 | Cahill | Year end planning: excel spreadsheet forecast requested by Tom | 1.75 | 132.00 | 231.00 |
| 10/13/06 | Gardner | Misc. discuss with Tom faxed them and left voicemail | 0.60 | 111.00 | 66.60 |
| 10/18/06 | Cahill | Misc. excel worksheet for Tom on projections | 1.25 | 132.00 | 165.00 |
| 10/18/06 | Gardner | Misc. emailed Sandy for files. Copied payroll reports from 2002 and 2002 for new workman's comp firm. | 0.50 | 111.00 | 55.50 |
| 10/19/06 | Cahill | Misc. excel model | 1.25 | 132.00 | 165.00 |
| 10/19/06 | Bickle | 2nd quarter payroll tax returns | 1.20 | 117.00 | 140.40 |
| 10/20/06 | Cahill | Misc. finished excel mode, sent to Tom, discussed in his office | 1.50 | 132.00 | 198.00 |
| 10/20/06 | Gruszauskas | Misc. business plan | 1.50 | 140.00 | 210.00 |
| 10/23/06 | Bickle | 2nd quarter financial statements: enter checks | 4.80 | 117.00 | 561.60 |
| 10/25/06 | Gardner | 2nd quarter financial statements: sorting material | 0.50 | 111.00 | 55.50 |
| 10/25/06 | Herlihy | 2nd quarter financial statements: enter checks | 4.50 | 105.00 | 472.50 |
| 10/25/06 | Herlihy | 2nd quarter financial statements: start bank reconciliation | 0.40 | 105.00 | 42.00 |
| 10/25/06 | Gardner | Client conference: two calls with Forrest Ingram's office about quarterly reports. Call with Randy about an overpayment he has to return to a title company | 0.50 | 111.00 | 55.50 |
| 10/25/06 | Bickle | 2nd quarter payroll tax returns | 4.00 | 111.00 | 444.00 |
| 10/26/06 | Herlihy | 2nd quarter financial statements: bank reconciliation | 1.70 | 105.00 | 178.50 |
| 10/26/06 | Herlihy | 2nd quarter financial statements: bank reconciliation | 1.00 | 105.00 | 105.00 |
| 10/26/06 | Bickle | 2nd quarter financial statements | 1.60 | 117.00 | 187.20 |
| 10/26/06 | Cahill | Client conference: meeting and rework of forecast | 1.75 | 132.00 | 231.00 |
| 10/26/06 | Gruszauskas | Client conference: on projections | 1.50 | 140.00 | 210.00 |
| 10/26/06 | Gruszauskas | Misc. review projection to date | 0.60 | 140.00 | 84.00 |
| 10/26/06 | Gruszauskas | Misc. review of updated budget | 0.50 | 140.00 | 70.00 |
| 10/27/06 | Gardner | 2nd quarter financial statements | 0.50 | 111.00 | 55.50 |
| 10/30/06 | Gruszauskas | Client conference: to Forrest on the business plan | 0.20 | 140.00 | 28.00 |
| 10/31/06 | Gruszauskas | Misc. review of the 5 year plan | 1.00 | 140.00 | 140.00 |
| 11/2/06 | Gruszauskas | Workers comp | 0.20 | 140.00 | 28.00 |
| 11/10/06 | Gruszauskas | Information for October report | 0.10 | 140.00 | 14.00 |
| 11/13/06 | Gruszauskas | October bk report with Randy | 0.10 | 140.00 | 14.00 |
| 11/1/06 | Gardner | 2 emails and a fax for insurance company | 0.50 | 111.00 | 55.50 |
| 11/8/06 | Gruszauskas | Preparing October bankruptcy report | 2.00 | 140.00 | 280.00 |
| 11/13/06 | Gruszauskas | Scan and email October report to Forrest | 0.20 | 140.00 | 28.00 |
| 11/13/06 | Gruszauskas | Bankruptcy report for October | 0.80 | 140.00 | 112.00 |
| 11/13/06 | Gardner | Call and fax to T G | 0.30 | 111.00 | 33.30 |
| | | | 78.80 | | 10,060.80 |