IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 11 |
| OLESEN CONSTRUCTION, INC. | ) |
| | ) Case No. 06 B 08795 |
| | ) |
| Debtor and Debtor in Possession | ) Judge Pamela Hollis |
| | ) |
| | ) Hearing: 12/19/2006 at 10:00 a.m. |
| | ) |

## Certificate of Service

I, Crystal Brown, a non attorney, on my oath and subject to penalties of perjury, certify that I severed a true and correct copy of the attached **NOTICE FOR HEARING FOR FIRST APPLICATION OF SIKICH, LLP, FOR ALLOWANCE OF COMPENSATION AND COST** to all creditors on all those whose names appear on the attached service list, by mail from 79 West Monroe Street, Chicago, Illinois 60603, on December 6, 2006.

.

*Crystal Brown* (signature)
Crystal Brown

Forrest L. Ingram, # 3129032
Peter L. Berk
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 1210
Chicago, Illinois 60603
(312) 759-2838

Aflac
1932 Wynnton Road
Columbus, GA 31999-0797

Air Fastening Systems, Inc.
1611 Emily Lane
Aurora, Il 60502

American Express
P.O. Box 297879
Fort Lauderdale, Fl 33329-7879

Assurance Agency
One Century Centre
1750 East Golf Road
Schaumburg, Il 60173

Bp Amoco Business Solutions
Comdata Corp
P.O. Box 100647
Atlanta, GA 30384-0647

Bradco Supply
1000 Rathbone-Aurora
Aurora, Il 60506-5805

Capital One Bank
P.O. Box 790216
Saint Louis, Mo 63179-0216

Capital One, F.S.B
P.O. Box 790217
Saint Louis, MO 63179-0217

Chicago Dist. Counsel of Carpenters
12 E. Erie St.
Chicago, Il 60611

Chicago District Counsel Of
Carpenters 12
12 E. Erie St.
Chicago, Il 60611

Custom Fabrications
1625 Weld Road, Suite H
Elgin, Il 60123

Delnor Community Hospital
300 S. Randall Road
Geneva, Il 60134

Dreyer Medical Clinic
P.O. Box 2091
Aurora, Il 60507-2091

Essex Corp.
11606 Nicholas St.
Omaha, NE 68154

Fed-Ex Corporation
Revenue Recovery Department
P.O. Box 94515
Palatine, Il 60094-4515

Fifth Third Bank
Madisonville Operations
Center Md1m0c2g
Cincinnati, OH 45263

First Equity Card
P.O. Box 84075
Columbus, GA 31901-4845

Geneva Indep. Empl. Benefit Corp.
28 N. First St.
P.O. Box 470
Geneva, Il 60134

Harris Bank
155 W. Wilson St.
P.O. Box 189
Batavia, Il 60510

Ides
Collections Section
33 S. State St., 10th Floor
Chicago, Il 60603-2802

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, Il 60606

Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5010 Chi
Chicago, Il 60604

Larry Randall Olesen
4n590 Pathfinder Dr.
Elburn, Il 60119

Larry Raymond & Dorthea Olesen
9210 N. Bass Lake Blvd
Pentwater, MI 49449

Lowes Business Account
P.O. Box 530970
Atlanta, GA 30353-0970

Menards
Hsbc Business Solutions
P.O. Box 5219
Carol Stream, Il 60197-5219

Midwest Siding Supply
244 S. River Street
Aurora, Il 60506

Mobile Mini, Inc.
7420 S. Kyrene Rd.
Suite 101
Tempe, AZ 85283

Muirfield Underwriters, Ltd.
8580 Innovation Way
Chicago, Il 60682-0085

National Lift Truck
2222 Mt. Prospect Rd.
Franklin Park, Il 60131

O'Donnell Crane
59 West Elm Ave.
Cortland, Il 60112

Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005

Shell Fleet Plus
P.O. Box 186019
Columbus, Oh 43218-3019

Shelter
Elgin-Shelter Dist. 9102
1407 Timber Drive
Elgin, Il 60123

Sprint/Nextel
P.O. Box 4181
Carol Stream, Il 60197-4181

Stock Building Supply
1331 Davis Road
Elgin, Il 60123

Suburban Exteriors, Inc.
11906 Oak Creek Parkway
Building A, Unit C
Huntley, Il 60124

Time-Savers, Inc.
P.O. Box 88469
Chicago, Il 60680

Tri-City Maintenance Repair, Inc
P.O. Box 407
Wasco, Il 60183

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
OLESEN CONSTRUCTION )   Case No. 06 B 08795
  )
    Debtor and Debtor in Possession. )   Chapter 11
  )
  )   Judge Hollis
  )
  )   Hearing: 12-19-06, at 10 a.m.

## NOTICE FOR HEARING FOR FIRST APPLICATION OF SIKICH, LLP, FOR ALLOWANCE OF COMPENSATION AND COSTS

To the Debtor, its creditors, and other parties in interest:

SIKICH, LLP, duly appointed accountant for Debtor and Debtor in Possession has filed its First Application of SIKICH, LLP for Allowance of Compensation and Costs, with the Clerk of the United States Bankruptcy Court, Northern District, Eastern Division. A summary of the request is attached hereto as Exhibit A. Notice is hereby given that:

    1.    A hearing on the First Application of SIKICH, LLP has been requested for December 19, 2006, at 10 a.m., at the United States Bankruptcy Court, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 before the Honorable Judge Pamela Hollis in room 644 or any judge sitting in her stead.

    2.    Requests for copies of the First Application of SIKICH, LLP for Allowance of Compensation and Costs shall be made to: Forrest L. Ingram, Forrest L. Ingram, P.C., 79 W. Monroe, Suite 1210, Chicago, Illinois 60603.

    3.    Written objections to the First Application of SIKICH, LLP for Allowance of Compensation and Costs should be filed with the Bankruptcy Court and served on Debtor's counsel no later than December 15, 2006.

    /s/ Peter L. Berk
    Peter L. Berk

Peter L. Berk, Esq.
Forrest L. Ingram, P.C.
79 W. Monroe, Suite 1210
Chicago, IL 60603
312/759-2838
Atty. No. 3129032