IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLESEN CONSTRUCTION, INC. | ) | Case No. 06 B 08795 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Pamela Hollis |
| | ) | Hearing: 12-12-06 at 10 a.m. |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the application of Debtor, OLESEN CONSTRUCTION, INC., for authority to employ Allen Schwartz and the law firm of Kralovec, Jambois & Schwartz, as its Attorneys with respect to investigating and prosecuting various causes of action against the Chicago Regional Council of Carpenters and its individual officers, due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED**

1. Debtor is authorized, pursuant to 11 U.S.C. §327(e), to employ Allen Schwartz and the law firm of Kralovec, Jambois & Schwartz to represent the Debtor and Debtor in Possession in investigating and prosecuting various causes of action against the Chicago Regional Council of Carpenters and its individual officers, with payments subject to approval by this Court upon application for fees and reimbursement of expenses.

Dated: DEC 1 2 2006

BY THE COURT:

_____
Honorable Pamela Hollis
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.