IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLESEN CONSTRUCTION, INC. | ) | Case No. 06 B 8795 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Pamela Hollis |
| | ) | Hearing: 1/16/07 at 10 a.m. |

ORDER ALLOWING SALE OF VEHICLES AND EQUIPMENT
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES [Doc 67]

THIS MATTER came to be heard on the motion of Debtor and Debtor in Possession, OLESEN CONSTRUCTION, INC., on shortened notice, for leave to sell vehicles and equipment free and clear of all liens, claims, and encumbrances. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and Local Rule 2.31. This is a core proceeding under § 157(b)(2)(a). Sufficient notice having been given and the Court being fully advised in the premises, it is hereby ordered:

**IT IS ORDERED** as follows:

1. Debtor is authorized to sell the 1999 Chevrolet Express Van, vin # 1GCHJ35R0X1016419, and Hitachi 10" jobsite table saw, to Purchaser BGH Construction, Inc., for the sums of $3,500.00 and $150.00 respectively, free and clear of liens, claims, and encumbrances, as soon as possible, in accordance with Debtor's request in its Motion.

2. Debtor is authorized to sell the 1995 Chevrolet Astro Van, vin # 1GCDM19W6SB176643, to Purchaser Patrick Albrecht., for the sum of $1,000.00, free and clear of liens, claims, and encumbrances, as soon as possible, in accordance with Debtor's request in its Motion.

3. Debtor is authorized to sell the 1995 GMC Vandura G3500 Cargo Van, vin # 1GTHG35K5SF546769, to Purchaser William Mickelberg, for the sum of $1,500.00, free and clear of liens, claims, and encumbrances, as soon as possible, in accordance with Debtor's request in its Motion.

4. Debtor is authorized to sell the First Series of Equipment, as identified in Exhibit D attached to the Motion, to BGH Construction, Inc., for a purchase price of $10,000.00, free and clear of all liens, claims, and encumbrances, as soon as possible, in accordance with Debtor's request in its Motion.

5. Debtor is authorized to sell the Second Series of Equipment, as identified in Exhibit E attached to the Motion, to JC Construction, for a purchase price of $1,810.00, free and clear of all liens, claims, and encumbrances, as soon as possible, in accordance with Debtor's request in its Motion.

6. Liens shall attach to the net proceeds of the sale, which shall be placed into escrow with Debtor's attorney and shall be disbursed to Harris Bank, if Harris Bank proves that it holds valid, enforceable, and perfected security interests in the vehicles. If Harris Bank does not have valid, enforceable, and perfected security interests in the vehicles, the proceeds attributable to the sales of the vehicles shall be held in escrow for the benefit of the bankruptcy estate.

7. The Purchasers are granted protection as a good faith purchasers pursuant to 11 U.S.C. §362(m).

Dated:    JAN 1 6 2007

BY THE COURT

_____
The Honorable Pamela Hollis
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.