# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 06 B 8795 |
| | ) | |
| OLESEN CONSTRUCTION, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 65]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 22,646.00 | TOTAL COSTS REQUESTED: | $ 74.90 |
| TOTAL FEES REDUCED: | $ 662.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 21,984.00 | TOTAL COSTS ALLOWED: | $ 74.90 |

**TOTAL FEES AND COSTS ALLOWED:  $ 22,058.90,** *but no fees shall be paid until operating reports are brought current and current*

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN *quarterly* DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY *taxes* THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE *are paid.* NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

### (3)    Unreasonable Time

The court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. In re Pettibone, 74 B.R. 293, 406 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project . . . . An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." In re Wildman, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

### (7)    Lumping

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional
for the performance of routine clerical or administrative activities in the normal course of the
professional's business, such as photocopying, secretarial work, or routine filing. Such activities
are considered overhead of the professional and are built into the professional's hourly billing
rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk"
services entitled to compensation at an hourly rate; clerk activities are overhead of the
professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to
reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical
and routine messenger services).


IT IS SO ORDERED.

ENTERED:


Date: _____JAN 1 6 2007_____          _____Pam Stoller_____
                                            PAMELA S. HOLLIS
                                            United States Bankruptcy Judge

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 9/30/06 | Adm | Draft memo re re-examining right of client to pay and of union to make claim against the bond. | FLI | 0.10 | $37.50 |
| 9/30/06 | Adm | Draft memo to PB re operating reports and need to get on file PRONTO. | FLI | 0.20 | $75.00 |
| 10/2/06 | Adm | Revise operating reports to conform with UST's guidelines. | PB | 0.50 | $112.50 |
| 10/2/06 | Adm | Email to accountant re sending original operating reports to us for review rather than directly to UST. | PB | 0.10 | $22.50 |
| 10/2/06 | Adm | Review and approve operating report. Conference with PB. Direct PB to scan in and file. | FLI | 0.20 | $75.00 |
| 10/4/06 | Adm | Review email from Tom to Randy re documents needed to complete the September operating report. | PB | 0.10 | $22.50 |
| 10/7/06 | Adm | Add names to short service list. Download appearances of various attorneys from PACER and incorporate into service list. | FLI | 0.60 | $225.00 |
| 10/9/06 | Adm | Conference with PB re cash collateral order, disclosure statement, and plan. | FLI | 0.20 | $75.00 |
| 10/18/06 | Adm | Review fax from Kristin Olesen re theft of payroll computer and possible resulting identity theft issue. | PB | 0.10 | $22.50 |
| 10/18/06 | Adm | Spoke with Kristin Olesen re possible identify theft issue, preference complaints, and hiring firm to pursue lawsuit against Union. | PB | 0.30 | $67.50 |

③ ( −$225.00 )

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/17/06 | Adv#1 | Mailed notice to services list of adversary complaint.. | RW | 0.20 | $16.00 |

(12)   ( — $16.00 )

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/17/06 | Adv#1 | Researched and prepared service lists for Geneva Trust Funds adversary. | PB | 0.90 | $202.50 |
| 10/17/06 | Adv#1 | Prepared adversary and summons for service. Directed RW to serve on various parties. | PB | 0.30 | $67.50 |
| 11/13/06 | Adv#1 | Begin research for motion to strike affirmative defenses filed by Geneva Funds. | PB | 0.30 | $67.50 |
| 11/15/06 | Adv#1 | Review Answers , Affirmative Defenses, and Motion to Dismiss filed by Cecilia Scanlon in the Geneva Fund case. | PB | 0.50 | $112.50 |
| 11/15/06 | Adv#1 | Review Carpenters Funds motion to dismiss adversary No. 06 A 1645. Discuss with CB. | FLI | 0.40 | $150.00 |
| 11/17/06 | Adv#1 | Research and draft Motion to Strike Affirmative Defenses filed by Geneva Funds. | PB | 3.00 | $675.00 |
| 11/20/06 | Adv#1 | Revise Motion to Strike Affirmative Defenses filed by Geneva Funds. | PB | 0.70 | $157.50 |
| 11/20/06 | Adv#1 | File electronically Motion to Strike Geneva Funds affirmative defenses. | PB | 0.40 | $90.00 |
| 11/20/06 | Adv#1 | Draft notice of motion and proposed order for Motion to Strike Geneva Funds defenses. | PB | 0.40 | $90.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/11/06 | Adv#2 | Review and revise adversary to contain two counts. Confer with PB re same. | FLI | 0.20 | $75.00 |
| 10/13/06 | Adv#2 | File by ECF the preference complaint against Chicago Trust Funds (Adv#02). | PB | 0.70 | $157.50 |
| 10/17/06 | Adv#2 | Mailed notice to services list of adversary complaint.. | RW | 0.20 | $16.00 |
| 10/17/06 | Adv#2 | Researched and prepared service lists for Chicago Trust Funds adversary. | PB | 0.90 | $202.50 |
| 10/17/06 | Adv#2 | Prepared adversary and summons for service. Directed RW to serve on various parties. | PB | 0.30 | $67.50 |
| 11/30/06 | Adv#2 | Review answer to Chicago Trust Fund adversary complaint filed by Bruce Scalambrino. | PB | 0.20 | $45.00 |

⑫  (−$16.00)

**Time by Nature**                                     4.50
**Fee by Nature**                                   $1118.50

| 9/26/06 | CashC | Spoke with Audley re rescheduling tomorrow's cash collateral meeting. | PB | 0.10 | $22.50 |
| 9/27/06 | CashC | Conference with Randy re meeting Friday re cash collateral order. | FLI | 0.10 | $37.50 |
| 9/27/06 | CashC | Spoke with client to set meeting with Audley. | PB | 0.10 | $22.50 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Olesen Construction, Inc.

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/3/06 | CashC | Review revised cash collateral order. Confer with PB re same. | FLI | 0.20 | $75.00 |
| 10/3/06 | CashC | Review Audley's changes to our cash collateral order. | PB | 0.10 | $22.50 |
| 10/4/06 | CashC | Send email to Audley re obtaining his signature on cash collateral order. | PB | 0.10 | $22.50 |
| 10/4/06 | CashC | Revise cash collateral order to incorporate Audley's changes. | PB | 0.30 | $67.50 |
| 10/4/06 | CashC | Revise motion for use of cash collateral. | PB | 1.80 | $405.00 |
| 10/4/06 | CashC | Email Dave Audley re changes to cash collateral order. | PB | 0.10 | $22.50 |
| 10/4/06 | CashC | Assemble exhibits for motion for use of cash collateral. | PB | 0.50 | $112.50 |
| 10/4/06 | CashC | Conference with FLI re Audley's changes to our cash collateral order. | PB | 0.10 | $22.50 |
| 10/6/06 | CashC | Prepare mailing of notice to all creditors for cash collateral hearing. Prepare documents for filing. Assemble exhibits and mail.    (7) and (3)    (- $405.00) | PB | 1.80 | $405.00 |
| 10/6/06 | CashC | Exchange emails with Audley re address for sending in adequate protection payments. | PB | 0.10 | $22.50 |