UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| OLESEN CONSTRUCTION, INC., | ) | CASE NO. 06 B 08795 |
| | ) | |
| DEBTOR. | ) | JUDGE PAMELA S. HOLLIS |

## ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7

*The Movant shall serve copies of this order on the Designated Person named in paragraph 2 below, and all professionals known to him who performed services in connection with the Chapter 11 case and shall file a proof of such service.*

This case coming before the Court on the motion of the United States Trustee to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and after due notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7.

2. The Debtor shall,

   A. On or before February 27, 2007, account for and turn over to the Chapter 7 Trustee all records and property of the estate, if any, under its custody and control as required by Fed. R. Bankr. P. 1019(4);

   B. On or before March 7, 2007, file a schedule of all unpaid debts incurred after the commencement of the case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

   C. On or before March 22, 2007, file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

   D. Within 15 days after the entry of this order, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

  E. Pursuant to Fed. R. Bankr. P. 9001(5), the court designates Larry Olesen ("Designated Person") to perform the acts of the Debtor.

DATED: FEB 2 0 2007  ENTERED: _____

             UNITED STATES BANKRUPTCY JUDGE