Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Olesen Construction, Inc.  
4N590 Pathfinder Drive  
Elburn, IL 60119  
SSN: EIN: 36–4411834

Case No. :   06–08795  
Chapter :   7  
Judge :   Pamela S. Hollis

---

Debtor's Attorney:  
Forrest L Ingram  
Forrest L. Ingram, P.C.  
79 W Monroe Street  
Suite 1210  
Chicago, IL 60603

312 759–2838

Trustee:  
Charles J Myler  
Myler Ruddy & McTavish  
105 East Galena Boulevard  
8th Floor  
Aurora, IL 60505

630–897–8475

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***July 24, 2006*** .

1. ***July 2, 2007*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***July 2, 2007*** is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: April 2, 2007

Kenneth S. Gardner , Clerk  
United States Bankruptcy Court