IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OLESEN CONSTRUCTION, INC. | ) | Case No. 06 B 8795 |
| | ) | |
| Debtor. | ) | Judge Pamela Hollis |
| | ) | Hearing: 6/26/07 at 10 a.m. |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on **June 6, 2007,** I filed the Application for Allowance of Administrative Expense of Forrest L. Ingram, P.C., a copy of which is attached and is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE that** I will appear on **June 26, 2007, at 10:00 A.M.,** before the Honorable Pamela Hollis, or any other Judge sitting in her stead, in Courtroom 644, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the Application and request entry of an order in accordance with it. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram #3129032
Peter Berk, #6274567
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I served a true and correct copy of the above and foregoing notice and the document to which it refers on the parties registered to receive notice by electronic filing through ECF, or by regular mail, as indicated on the attached service list, on June 6, 2007, before 4:00 p.m.

/s/ Forrest L. Ingram

## SERVICE LIST

**Via regular mail**

Olesen Construction, Inc.
c/o Randy Olesen, President
4N950 Pathfinder Dr.
Elburn, IL 60119
Fax: (630) 365-9084

American Express Bank F.S.B.
PO Box 3001
Melvern, PA 19355-0701

**Via ECF**

Office of the U.S. Trustee
227 W. Monroe, Suite 3350
Chicago, IL 60605
Fax: (312) 886-5794

David Audley
Chapman and Cutler LLP
111 W Monroe St
Chicago, IL 60603
(312) 845-2971

Bruce Scalambrino
Christopher L Muniz
Scalambrino & Arnoff
33 North Lasalle Street Ste 1210
Chicago, IL 60602
312-629-0545

Dennis E. Quaid
Fagel Haber, LLC
55 E Monroe Street
Suite 4000
Chicago, IL 60190

Cecilia M. Scanlon
Baum, Sigman, Auerbach & Neuman, Ltd.
200 W. Adams Street
Suite 2200
Chicago, IL 60606

Deborah A Alroth
Cirignani Heller & Harman
150 S Wacker Drive Suite 2600
Chicago, IL 60606

Charles J Myler
Myler Ruddy & McTavish
105 East Galena Boulevard
8th Floor
Aurora, IL 60505

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OLESEN CONTRUCTION, INC. | ) | Case No. 06 B 8795 |
| | ) | |
| Debtor. | ) | Judge Pamela Hollis |
| | ) | Hearing: 6/26/07 at 10 a.m. |

## COVER SHEET FOR APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSEFOR PROFESSIONAL SERVICES AND COSTS ADVANCED TO THE DEBTOR

| | |
|---|---|
| Name of Applicant: | Forrest L. Ingram of Forrest L. Ingram, P.C. |
| Authorized to Provide Professional Services to: | Olesen Construction, Inc. |
| Date of Order Authorizing Employment: | July 27, 2006 |
| Period for Which Compensation is Sought: | December 9, 2006 – May 24, 2007 |
| Amount of Fees Sought: | $15,777.50 (plus $6,135.70 previously awarded but not yet paid) |
| This is a: | Application for Administrative Expense |
| Fees and Expenses Paid to Date: | $49,986.23 |
| Dated: | June 6, 2007 |

Forrest L. Ingram, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
Atty. No. 3129032

Respectfully Submitted,
Forrest L. Ingram, P.C.

By: /s/ Forrest L. Ingram
One of its Attorneys

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| OLESEN CONTRUCTION, INC. | ) Case No. 06 B 8795 |
| | ) |
| Debtor and Debtor in Possession. | ) Judge Pamela Hollis |
| | ) Hearing: 6/26/07 at 10 a.m. |

### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND COSTS ADVANCED TO THE DEBTOR

FORREST L. INGRAM, P.C., ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession, hereby makes its application for allowance of administrative expense for compensation for professional services rendered and costs advanced to the Debtor, ("this Application") pursuant to Section 330(a)(1)(A) and Section 503(b)(3) of the United States Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 607 and requests that this Honorable Court enter an order allowing Applicant an administrative expense for a) compensation for legal services rendered and reimbursement of expenses previously approved by the Court but not paid by the Debtor; plus b) compensation for services rendered to the debtor from the December 9, 2006 through and including May 24, 2007.

In support of this Application, Applicant states as follows:

1. On February 20, 2007, this case was converted to Chapter 7 from Chapter 11. Prior to the date of conversion, Applicant had been awarded a total of $56,121.93 in total fees and expenses pursuant to court orders dated October 17, 2006 and December 29, 2006. As of the date of conversion, Applicant had been paid a total of $49,986.23, with **$6,135.70** remaining unpaid out of the total fees and expenses previously awarded by the Court.

1

2. On July 20, 2006, Debtor executed an Engagement Agreement with Applicant for services in connection with the Chapter 11 case.

3. On July 27, 2006, the Court entered an order approving the appointment of Forrest L. Ingram and James Lai, the attorneys of Forrest L. Ingram, P.C., as attorneys of record for Debtor and Debtor in Possession. See **Exhibit A.** Attorney Peter L. Berk subsequently joined Forrest L. Ingram, P.C., as an independent contractor.

4. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from December 9, 2006 through and including May 24, 2007 are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B,** attached hereto. A copy of Exhibit B has been sent to Debtor with a request for review of the details, and for objections, if any. Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from December 9, 2006 through and including May 24, 2007, are likewise scheduled in detail to the tenth of an hour and arranged *by attorneys*, and sub-sorted by natures in **Exhibit C,** attached hereto.

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D.**

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of an administrative expense for compensation for legal services during the period from December 9, 2006 through and including May 24, 2007 in the sum of **$15,777.50,** plus the **$6,135.70** previously awarded by the Court but not yet paid, for a grand total of $21,913.20.

9. The services rendered by Applicant were directly related and necessary to finalizing the sale of certain vehicles and equipment prior to the conversion to Chapter 7, providing advice and consultations to the Debtor regarding the conversion and winding up of its business, performing the post-conversion duties required of the debtor by the Bankruptcy Code, assisting the Chapter 7 Trustee Charles Myler with his administration of the Chapter 7 estate, familiarizing the Chapter 7 Trustee Charles Myler (the "Trustee") with the preference claims against trust funds associated with the Chicago Regional Council of Carpenters so that the Trustee could take over litigation of said claims, and initiating and performing discovery prior to conversion in said preference claims.

10. HOURS OF SERVICES PROVIDED BY CATEGORY and ATTORNEY TIMES – Forrest L. Ingram, P.C. provided a total of 62.60 hours of services during the period from December 9, 2006 through and including May 24, 2007. The hours, broken down by natures, are summarized in Exhibit B. They are as follows:

**a. Adm.** Approximately 23.3 hours of time and service were spent in connection with matters that were administrative in nature including reviewing and filing the Debtor's operating reports, corresponding with various professionals involved in the case, and handling the conversion to Chapter 7 and performing the associated duties required of the Debtor. For these services, Applicant asks for fees of $5,908.50.

3

**b. Adv #01.** Approximately 4.90 hours of time and service were rendered in connection with the debtor's claims for the avoidance and recovery of preferential transfers (the "Preference Claims") against the Carpenters Pension Fund of Illinois and Carpenters Retirement Savings Fund of Illinois, (together, the "Geneva Trust Funds"), including discovery, assisting with the substitution of the Trustee as Plaintiff, and briefing the Trustee regarding all aspects of the litigation. Applicant seeks fees for these services in the amount of $3,751.00.

**c. Adv#02** Approximately 4.3 hours of time and service were rendered in connection with the debtor's claims for the avoidance and recovery of preferential transfers (the "Preference Claims") against the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Fund, (together, the "Chicago Trust Funds"), including discovery, assisting with the substitution of the Trustee as Plaintiff, and briefing the Trustee regarding all aspects of the litigation. Applicant seeks fees for these services in the amount of $1,012.50.

**d. CashC** Approximately 2.80 hours of time and service were rendered in connection with Debtor's use of the cash collateral of Harris Bank, including evaluating Harris Bank's position as a secured creditor and appearing in court regarding cash collateral. For such services, Applicant seeks $712.50.

**e. DS&P** Approximately 1.20 hours of time and service were rendered in connection with initial preparation of Debtor's Plan and Disclosure Statement prior to the Debtor's decision not to contest conversion to Chapter 7. For such services, Applicant seeks $286.50.

**f. Employ.** Approximately 2.10 hours of time and service were rendered in connection with applying to the Court for employment of Allen Schwartz as counsel for the Debtor, in order to investigate and prosecute various causes of action against the Chicago Regional Council of Carpenters and its individual officers. For such services, Applicant seeks $471.50.

**g. Fees.** Approximately 11 hours of time and service were rendered in connection with the preparation of fee applications for Forrest L. Ingram, P.C., counsel for the Debtor, and Sikich, LLP, accountants for the Debtor, in addition to negotiations with Sikich, LLP to lower its fees which the Debtor initially found to be excessive. For such services, Applicant seeks $2,851.50.

**h. Sale PP.** Approximately 8.60 hours of time and service were rendered in connection with preparing a motion to sell vehicle and equipment of the Debtor and handling the disbursement of funds resulting from the sale. For such services, Applicant seeks $2,199.00.

**i. Trste.** Approximately .5 hours of time and service were rendered in connection with correspondence with the Office of the United States Trustee ("UST") regarding conversion to Chapter 7 and paying remaining fees due the UST. For such services, Applicant seeks $195.00.

**j. Tx.** Approximately 2.00 hours of time and service were rendered in connection with supervising the filing of the Debtor's tax returns, including correspondence with the Debtor's accountant. For such services, Applicant seeks $532.50.

**k. Union.** Approximately 1.90 hours of time and service were rendered in connection with responding to Carpenters Savings Funds of Illinois' threatened administrative claim for unpaid post-petition benefit contributions, including compiling the post-petition contribution reports and providing to counsel for the funds. For such services, Applicant seeks $444.00.

12. HOURS OF SERVICES PROVIDED BY ATTORNEYS AND CLERKS –the firm provided a total of approximately 62.60 hours of service, broken down by attorney and clerk as follows:

    **a. Attorney Forrest L. Ingram** provided approximately 10.5 hours of services at $375 per hour, including all phases of the chapter 11 case.

    **b. Attorney Peter L. Berk** provided approximately 52.10 hours of service at $225 per hour, including all phases of the chapter 11 case.

13. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

14. A complete copy of this Application is been sent to the Debtor, to the U.S. Trustee and to parties entitled to notice. A Notice for Hearing on this application has likewise been sent to all other creditors and parties of interest, along with a summary of all services provided to Debtor. A certificate of service for the Notice has been filed with the Clerk of the Court.

15. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

**WHEREFORE**, Applicant respectfully requests that this Honorable Court conduct an appropriate hearing on this Application and allow Debtor's counsel an administrative expense in the amount of **$21,913.20**, which includes requested compensation for the period of December 9, 2006 through and including May 24, 2007 in the amount of **$15,777.50,** plus the **$6,135.70** previously awarded but not yet paid. Applicant asks for such other relief as may be appropriate.

    Respectfully submitted,

    FORREST L. INGRAM, P.C.


    /s/ Forrest L. Ingram
    Attorney for Debtor


Forrest L. Ingram, Esq.
Peter L. Berk, Esq.
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838