IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| OLESON CONTRUCTION, INC. | ) Case No. 06 B 8795 |
| | ) |
| Debtor and Debtor in Possession. | ) Judge Pamela Hollis |
| | ) Hearing: 6/26/07 at 10 a.m. |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF ADMINSTRATIVE EXPENSE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND COSTS ADVANCED TO THE DEBTOR**

THIS MATTER came to be heard on the Application for Allowance of Administrative Expense for Compensation for Professional Services Rendered, filed by Forrest L. Ingram, P.C., attorneys for the Debtor (the "Application"). Copies of the Application were served on the Debtor, the United States Trustee, and all parties entitled to notice. Due notice of hearing was served on Debtor, the U.S. Trustee and all parties in interest, and a certificate of service has been filed with the Court. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Forrest L. Ingram, P.C. is allowed an administrative expense for professional services rendered and expenses advanced to the Debtor in the amount of $21,913.20.

Dated:                                                                BY THE COURT

*[signature]*
The Honorable Pamela Hollis
Bankruptcy Judge        JUN 2 6 2007

This order was prepared
By Forrest L. Ingram, P.C.