IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE OLESEN CONSTRUCTION, INC. | ) | Chapter 7 |
|  | ) | Case No. 06 B 8795 |
| Debtor. | ) |  |
|  | ) | Judge Pamela Hollis |
|  | ) |  |

ORDER GRANTING RELIEF FROM STAY

Upon the Motion of Harris N.A., a secured creditor of the Debtor, for Payment of Sale Proceeds and for Relief from the Automatic Stay pursuant to 11 USC §362 (the *"Motion"*), and the Motion having been served upon the Debtor, Debtor's counsel, the Trustee, and the other creditors of Debtor who have requested electronic notice, and it being represented to the Court that the Trustee has no objection to the authorized stay relief sought herein by Harris N.A., and after due consideration by this Court, IT IS HEREBY ORDERED:

1. The stay provided for by Section 362(a) of Title 11, United States Code, is modified to permit Harris N.A. to exercise its rights and remedies with respect to the Collateral (as defined in the Motion), including the set-off of the Deposit Account (as defined in the Motion).

2. ~~The Trustee is directed to take possession of and to pay to Harris the Equipment Sale Proceeds (as defined in the Motion) as specified in the Sale Order (as defined in the Motion).~~

Dated: July ___, 2006

ENTERED:

_____
Judge Pamela Hollis

AUG - 2 2007