**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re: Olesen Construction, Inc. ) Bankruptcy Case No.: 06 B 8795
          Debtor(s).          )
                              ) Adversary Case No.: NA

### TRIAL/ EVIDENTIARY HEARING ORDER

This proceeding having come before the court for status hearing on the Motion for Payment of Sale Proceeds by Harris, N.A.

**It Is Hereby Ordered:**

1. Discovery shall be noticed so as to be completed on or before Oct. 29, 2007.

2. On or before November 5, 2007 the parties shall file with the Court and serve on all appropriate parties copies of witness and exhibit lists, and shall serve on all appropriate parties copies of exhibits. The parties shall be barred from offering any exhibits or witnesses not appearing on these lists at trial/evidentiary hearing, unless otherwise ordered for good cause.

3. On or before November 1, 2007 expert disclosures under Rule 7026, including a summary of the expert's testimony, shall be filed, or that expert's testimony may be barred at trial.

4. On or before November 1, 2007 motions in limine or objections to the admission of exhibits shall be filed.

5. The court will rule on any such appropriately noticed motions on November 8, 2007 at 11:00 AM.

6. Any listed exhibits as to which there is no objection filed pursuant to paragraph 4 above will be admitted into evidence at the outset of the hearing.

7. At least two days prior to trial/evidentiary hearing, two copies of each party's exhibits shall be submitted to chambers.

8. The trial/evidentiary hearing on the above matter shall commence on November 8, 2007 at 11:00 a.m.

Dated: SEP 18 2007

_____
Pamela S. Hollis/Bankruptcy Judge