# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis

**Date** Feb. 21, 2008

**Bankruptcy Case No.** 06 B 8795

**Adversary No.**

**Title of Case** Olesen Construction, Inc.

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated in open Court, Enter Order that the remaining portion of the motion for payment of sale proceeds by Harris N.A. is denied for want of prosecution.

*/s/ Pamela S. Hollis*