# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: OLESEN CONSTRUCTION, INC.        §    Case No. 06-08795-5
                                           §
                                           §
Debtor(s)                                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 24, 2006. The undersigned trustee was appointed on July 24, 2006.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of      $_____68,339.46

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 68,339.46 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was 07/02/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,666.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,666.97, for a total compensation of $6,666.97. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $614.42, for total expenses of $614.42.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/22/2010          By:/s/CHARLES J. MYLER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  06-08795-5

Case Name:  OLESEN CONSTRUCTION, INC.

Period Ending: 06/22/10

Trustee:    (330510)   CHARLES J. MYLER

Filed (f) or Converted (c):  07/24/06 (f)

§341(a) Meeting Date:  03/27/74

Claims Bar Date:  07/02/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account | 5,350.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bond with Chicago Council of Carpenters | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Essex Corp. acct. receivable | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Spillane & Sons acct. receivable | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Shodeen Inc. acct. receivable | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | CL Design acct. receivable | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Construction Options | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Chris Young acct. receivable | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Bechtold acct. receivable | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 4 vans and 1 trailer | 17,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Machinery | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Inventory | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 06A01644 | 360,269.00 | 360,269.00 | | 50,000.00 | FA |
| 16 | 06A01645 | 59,667.00 | 59,667.00 | | 17,000.00 | FA |
| 17 | JP Morgan account | 524.00 | 0.00 | | 507.77 | FA |
| 18 | Credit/refund from AT&T  (u) | 639.46 | 639.46 | | 639.46 | FA |
| 19 | ACCT. NO. 18236 HARRIS BANK 155 W. WILSON ST. BA | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 20 | ACCT. NO. 2950101979 HARRIS BANK 150 W. WILSON S | 5,350.00 | 5,350.00 | DA | 0.00 | FA |
| 21 | FIFTH THIRD BANK OVERDRAFT ACCOUNT(negative bala | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | Bond with Chicago District Counsel of Carpenters | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 23 | Essex Corporation c/o Tim Bohnert, Proj. Mgr. 11 | 200,000.00 | 200,000.00 | DA | 0.00 | FA |
| 24 | Spillane & Sons 253 Trudy Court Batavia, IL 6051 | 18,000.00 | 18,000.00 | DA | 0.00 | FA |
| 25 | Shodeen incorporated 17 N. First Street Geneva, | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 26 | C. L. DESIGN AND BUILD P.O. BOX 336 | 10,000.00 | 10,000.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-08795-5

**Case Name:**   OLESEN CONSTRUCTION, INC.

**Trustee:**    (330510)    CHARLES J. MYLER

**Filed (f) or Converted (c):** 07/24/06 (f)

**§341(a) Meeting Date:** 03/27/74

**Claims Bar Date:** 07/02/07

**Period Ending:** 06/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | YORKVILLE, I | | | | | |
| 27 | CONSTRUCTION OPTIONS 1870 B DEAN STREET ST. CHAR | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 28 | CHRIS YOUNG C/O C. L. DESIGN AND BUILD P.O. BOX | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 29 | BECHTOLD DEVELOPMENT CO. P.O. BOX 168 WHEATON, I | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 30 | 4 VANS AND ONE TRAILER (SEE ATTACHED ANSWER TO B | 17,500.00 | 17,500.00 | DA | 0.00 | FA |
| 31 | 1 FORK LIFT, 20 GENERATORS, FRAMING GUNS, SAWS, | 125,000.00 | 125,000.00 | DA | 0.00 | FA |
| 32 | NAILS ETC. (SEE ATTACHED ANSWER TO B. 30) | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 192.23 | Unknown |
| 33 | Assets      Totals (Excluding unknown values) | $1,445,799.46 | $932,925.46 | | $68,339.46 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has settled avoidance actions; filed 2006 and 2007 tax returns

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007

**Current Projected Date Of Final Report (TFR):**   June 30, 2010

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 06-08795-5

Case Name: OLESEN CONSTRUCTION, INC.

Taxpayer ID #: **-***1834

Period Ending: 06/22/10

Trustee:      CHARLES J. MYLER (330510)

Bank Name:    JPMORGAN CHASE BANK, N.A.

Account:      ***-*****56-65 - Money Market Account

Blanket Bond: $5,000,000.00  (per case limit)

Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/07 | {17} | Chase Bank | Proceeds of bank account | 1129-000 | 507.77 | | 507.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.19 | | 507.96 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 508.24 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 508.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 508.78 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 509.06 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.25 | | 509.31 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.29 | | 509.60 |
| 11/27/07 | {15} | Chicago Regional Council of Carpenters Welfare Fund | Settlement in adversary case | 1141-000 | 38,639.77 | | 39,149.37 |
| 11/27/07 | {15} | Chicago Regional Council of Carpenters Pension Fund | Settlement of adversary proceeding | 1141-000 | 11,360.23 | | 50,509.60 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.08 | | 50,510.68 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 25.72 | | 50,536.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 23.10 | | 50,559.50 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.37 | | 50,569.87 |
| 03/18/08 | {16} | Carpenters Pension Fund of IL | Settlement of adversary | 1141-000 | 17,000.00 | | 67,569.87 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.34 | | 67,580.21 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.42 | | 67,589.63 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.46 | | 67,598.09 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.59 | | 67,606.68 |
| 07/14/08 | {18} | AT&T | refund on wireless service | 1229-000 | 639.46 | | 68,246.14 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.63 | | 68,254.77 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.11 | | 68,262.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.95 | | 68,271.83 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.44 | | 68,279.27 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.36 | | 68,284.63 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.84 | | 68,289.47 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,292.25 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.60 | | 68,294.85 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.97 | | 68,297.82 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,300.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.69 | | 68,303.29 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.97 | | 68,306.26 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.87 | | 68,309.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.87 | | 68,312.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,314.78 |

Subtotals :                    $68,314.78        $0.00

Printed: 06/22/2010 11:47 AM   V.12.08

Exhibit B

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 06-08795-5

Case Name: OLESEN CONSTRUCTION, INC.

Taxpayer ID #: **-***1834

Period Ending: 06/22/10

Trustee: CHARLES J. MYLER (330510)

Bank Name: JPMORGAN CHASE BANK, N.A.

Account: ***-*****56-65 - Money Market Account

Blanket Bond: $5,000,000.00 (per case limit)

Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 68,317.56 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,320.44 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.88 | | 68,323.32 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.88 | | 68,326.01 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.69 | | 68,328.61 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.60 | | 68,331.67 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.06 | | 68,332.13 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.46 | | 68,332.13 |
| 04/06/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -68,332.13 | | 0.00 |

|  | Receipts | Disbursements | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -68,332.13 | 0.00 | |
| Subtotal | 68,332.13 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $68,332.13 | $0.00 | |

Exhibit B

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

Case Number:   06-08795-5
Case Name:     OLESEN CONSTRUCTION, INC.

Taxpayer ID #:   **-***1834
Period Ending:   06/22/10

Trustee:        CHARLES J. MYLER (330510)
Bank Name:      The Bank of New York Mellon
Account:        9200-*****56-65 - Money Market Account
Blanket Bond:   $5,000,000.00  (per case limit)
Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 68,332.13 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5665 | Wire in from JPMorgan Chase Bank, N.A. account *******5665 | 9999-000 | 68,332.13 | | 68,335.40 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.27 | | 68,339.46 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.06 | | $68,339.46 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 68,339.46 | 0.00 |
| Less: Bank Transfers | 68,332.13 | 0.00 |
| Subtotal | 7.33 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $7.33 | $0.00 |

| | |
|---|---|
| Net Receipts : | 68,339.46 |
| Net Estate : | $68,339.46 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****56-65 | 68,332.13 | 0.00 | 0.00 |
| MMA # 9200-*****56-65 | 7.33 | 0.00 | 68,339.46 |
| | $68,339.46 | $0.00 | $68,339.46 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-08795-5
Case Name: OLESEN CONSTRUCTION, INC.
Trustee Name: CHARLES J. MYLER

Claims of secured creditors will be paid as follows:

| Claimant | | Proposed Payment |
|---|---|---|
| | N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 6,666.97 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 28,385.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Sikich | $ 975.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles J. Myler | $ | $ 614.42 |
| Accountant | Sikich | $ 8,060.00 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | Forrest L. Ingram | $ 13,845.88 | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | Department of the Treasury-Internal Revenue Service | $_____ | $ 9,792.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,448,608.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Department of the Treasury-Internal Revenue Service | $ 1,424,602.95 | $ 0.00 |
| 11P | Illinois Dept of Employment Security | $ 95,154.09 | $ 0.00 |
| 12P-2 | Illinois Department of Revenue | $ 82,935.73 | $ 0.00 |
| 15 | Chgo Regional Council of Carpenters Pension Fun | $ 274,042.74 | $ 0.00 |
| 16P | Carpenters Fringe Benefit Funds of Illinois | $ 281,837.88 | $ 0.00 |
| 23P | Illinois Dept of Employment Security | $ 110,892.96 | $ 0.00 |
| 27P-2 | Department of the Treasury-Internal Revenue Service | $ 1,179,142.23 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,402,808.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Department of the Treasury-Internal Revenue Service | $ 133,627.95 | $ 0.00 |
| 2 | FIRST EQUITY CARD | $ 6,277.21 | $ 0.00 |
| 3 | NATIONAL LIFT TRUCK | $ 10,530.50 | $ 0.00 |
| 4 | STOCK BUILDING SUPPLY | $ 1,233.34 | $ 0.00 |
| 5 | BRADCO SUPPLY CORP | $ 6,112.94 | $ 0.00 |
| 6 | American Express Bank FSB | $ 24,572.32 | $ 0.00 |
| 7 | MIDWEST SIDING SUPPLY | $ 86,514.48 | $ 0.00 |
| 8 | American Express Travel Related Svcs Co | $ 4,836.70 | $ 0.00 |
| 9 | Fifth Third Bank | $ 5,467.13 | $ 0.00 |
| 10 | Sprint-Nextel Corporation | $ 2,642.60 | $ 0.00 |
| 11U | Illinois Dept of Employment Security | $ 795.00 | $ 0.00 |
| 12U-2 | Illinois Department of Revenue | $ 6,139.21 | $ 0.00 |
| 13 | AIR FASTENING SYSTEMS, INC. | $ 16,270.59 | $ 0.00 |
| 14 -2 | MUIRFIELD UNDERWRITERS, LTD. | $ 30,395.05 | $ 0.00 |
| 16U | Carpenters Fringe Benefit Funds of Illinois | $ 454,545.99 | $ 0.00 |
| 17 | Martin and Alejandra Quiroga | $ 0.00 | $ 0.00 |
| 18 | Martin and Alejandra Quiroga | $ 3,000,000.00 | $ 0.00 |
| 19 | US Bank/Retail Payment Solutions | $ 685.46 | $ 0.00 |
| 20 | MIDWEST SIDING SUPPLY | $ 86,514.48 | $ 0.00 |
| 21 | Wessels Pautsch | $ 5,073.42 | $ 0.00 |
| 22 | Citibank (South Dakota) N.A. | $ 5,838.94 | $ 0.00 |
| 23U | Illinois Dept of Employment Security | $ 1,410.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 25 | ESSEX CORP. | $ | 176,566.09 | $ 0.00 |
| 26 | ASSURANCE AGENCY | $ | 9,623.00 | $ 0.00 |
| 27U-2 | Department of the Treasury-Internal Revenue Service | $ | 256,925.92 | $ 0.00 |
| 29 | Shelter Distribution Inc | $ | 70,210.27 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 50,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 30 | Chicago Regional Council of Carpenters | $ 50,000.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | Bankruptcy No. 06 B 08795 |
| OLESEN CONSTRUCTION, INC., | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | |
| *Debtor(s).* | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:  THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, pursuant to 11 U.S.C. §330, and

requests $6,666.97 as compensation and $614.42 for reimbursement of expenses, $0.00 amount

of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of

secured claims are $68,339.46.  Pursuant to 11 U.S.C. §326, compensation should be computed

as follows:

| | |
|---|---|
| 25% of first $5,000.00 | $1,250.00 ($1250.00 max.) |
| 10% of next $45,000.00 | 4,500.00 ($4500.00 max.) |
| 5% of next $950,000.00 | $916.97 |
| 3% of  balance | $0.00 |
| TOTAL COMPENSATION | $6,666.97 |

EXHIBIT E

II.  TRUSTEE'S EXPENSES

| | |
|---|---:|
| Copies | $0.00 |
| Postage | $38.07 |
| Long distance telephone | $0.00 |
| Fax transmission expense | $0.00 |
| Computer research | $154.47 |
| Mileage to Chicago | $392.60 |
| Clerical | $0.00 |
| Blanket Bond | $29.28 |

TOTAL EXPENSES                    $614.42

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 22nd day of June, 2010.

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 20080602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | Bankruptcy No. 06 B 08795 |
| OLESEN CONSTRUCTION, INC., | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | |
| *Debtor(s).* | ) | |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE PAMELA S. HOLLIS, BANKRUPTCY JUDGE

Myler, Ruddy & McTavish, counsel for the Trustee pursuant to 11 U.S.C. §330 and

FRBP 2016 submits this application for compensation and reimbursement of expenses and

represents to the Court as follows:

1.     An order for relief under Chapter 7 was entered on July 24, 2006.  This Court on

March 6, 2007 authorized the employment of the Applicant to serve as counsel for the Trustee.

Counsel has received $0 in previously awarded compensation and reimbursement of expenses.

2.     Applicant requests $28,385.00 in compensation for 111.4 hours of services

performed for the period February 23, 2007 through August 31, 2010, and reimbursement of

actual expenses in the amount of $0.00.

3.     A description of the nature of the services rendered by the Applicant is as follows:

Trustee counsel worked with the trustee in identifying and pursuing preference actions against

two separate unions which resulted in settlement payment to the estate.  In addition, attorney for

the trustee was successful in objecting to the IRS administrative claim and resolving that issue.

Trustee counsel assisted trustee in checking all claims and in the preparation of this final report.

4.     Attached as Exhibit "F" is an itemized statement of the legal services rendered.

The statement reflects the legal services rendered, the person who performed those services and a

description of the work performed.

5.      The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| CJM | 21.4 | $275.00 | $5,885.00 |
| RGL | 88.8 | $250.00 | $22,200.00 |
| GAM | 1.2 | $250.00 | $300.00 |

6.      The categories and number of hours in which applicant performed services are as follows:

(1) Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries - 0 hrs.

(2) Asset Disposition: Sales, leases (§365 matters), abandonment and related transaction work - 0 hrs.

(3) Business Operations: Issues related to debtor-in-possession operating in Chapter 11 such as employee, vendor, tenant issues and other similar problems - 0 hrs.

(4) Case Administration: Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries - 4.0 hrs.

(5) Claims Administration and Objections: Specific claim inquiries, bar date motions, analyses, objections and allowances of claims - 16.3 hrs.

(6) Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan - 0 hrs.

(7) Fee/Employment Applications: Preparation of employment and fee applications and fee applications of others - 6.5 hrs.

(8) Fee/Employment Objections: Review of and objections to the employment and fee applications of others - 0 hrs.

(9) Financing: Matters under §§361,363 and 364 including cash collateral and secured claims; loan document analysis - 0 hrs.

(10) Litigation - 81.5 hrs.

(11) Meetings of Creditors: Preparing for and attending the conference of creditors, the §341(a) meeting, and other creditors' committee meetings - 1.0 hrs.

(12) Plan and Disclosure Statement: Formulation, presentation and confirmation, compliance with the plan confirmation order; related orders and rules; disbursement and case closing activities, except those related to the allowance and objection of claims - 0 hrs.

(13) Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under §362 - 2.1 hrs.

Total        111.4 hrs

7.    Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable

8.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE,** Applicant requests that it be awarded reasonable compensation of $28,385.00 and reimbursement of actual and necessary expenses of $0.00 for legal services rendered in this case.

DATE: June 22, 2010

RESPECTFULLY SUBMITTED,
Myler, Ruddy & McTavish
/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602

Myler, Ruddy & McTavish
105 East Galena Blvd.
8th Floor
Aurora, IL 60505

Invoice submitted to:
United States Trustee

June 22, 2010

In Reference To:    Olesen Construction, Inc.
06 B 08795

Invoice #17646

Professional Services

| | | | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2/23/2007 | CJM | Prepare notice, motion and order to hire attorneys for trustee; file | 7 | 1.00 | 275.00 |
| | CJM | Two telephone conferences with Tom Gruszauskas, debtor accountant | 7 | 0.80 | 220.00 |
| 3/5/2007 | CJM | Prepare substitution pleadings in preference cases | 10 | 1.00 | 275.00 |
| | RGL | Email to C. Myler re: designation of motion to employ as "routine" | 7 | 0.20 | 50.00 |
| 3/6/2007 | CJM | Telephone conference with P. Berk, debtor counsel, re: adversary preference documents and transfer to trustee; prepare modifications to substitution pleadings and order | 10 | 1.00 | 275.00 |
| | CJM | Review adversary files; prepare motion to modify adversary termination order in both adversary preference proceedings | 10 | 1.50 | 412.50 |
| | RGL | Travel to Chicago on motion to employ Myler, Ruddy & McTavish as attorneys for trustee | 7 | 2.00 | 500.00 |
| | RGL | Travel to Chicago for meeting with Atty. Peter Berk re: retrieval of files on preference action | 10 | 1.00 | 250.00 |
| | RGL | Check Pacer for upcoming dates on preference cases | 10 | 0.20 | 50.00 |
| 3/7/2007 | RGL | Revise motion to substitute/extend discovery; revise orders, notices | 10 | 1.00 | 250.00 |
| 3/13/2007 | CJM | Conference with R. Larsen re: mechanics lien defense; review letter memo from union attorney re: defenses to preference suit; telephone conference with debtor principal re: documents needed | 10 | 1.00 | 275.00 |
| | RGL | Review letter from carpenters union attorney; review caselaw cited in letter | 10 | 1.00 | 250.00 |
| 3/14/2007 | RGL | Further research re: union claim of defense to preference based on mechanic's lien claim | 10 | 2.00 | 500.00 |
| 3/19/2007 | CJM | Conference with R. Olesen, debtor president, re: books and records involved in two preference suits against Carpenters Union; review of initial documents including owner and union contracts produced | 10 | 2.00 | 550.00 |
| | RGL | Conference with Randy Olesen re: obtaining background and documents re: union preference case | 10 | 1.40 | 350.00 |

EXHIBIT
F

Page     2

United States Trustee

| Date | Atty | Description | Category | Hours | Amount |
|---|---|---|---|---|---|
| 3/20/2007 | CJM | Two telephone conferences with union attorneys re: Sec. 341 meeting date | 10 | 0.50 | 137.50 |
| | RGL | Travel to Chicago on motion to extend discovery and substitute party in both preference cases | 10 | 3.00 | 750.00 |
| 3/27/2007 | CJM | Conference with P. Berk, debtor Ch. 11 attorney, and R. Olesen, debtor principal, re: additional data needed on 2 preference cases | 10 | 1.20 | 330.00 |
| | RGL | Attend first meeting of creditors with C. Myler, trustee, debtor, and attorneys for Carpenters Union | 11 | 1.00 | 250.00 |
| 4/3/2007 | RGL | Conference with Randy Olesen and C. Myler re: reviewing payments re: alleged ordinary course of business defense | 10 | 1.50 | 375.00 |
| | CJM | Conference with Randy Olesen and R. Larsen to review payments alleged to be made in the ordinary course of business | 10 | 1.50 | 412.50 |
| 4/9/2007 | CJM | Review motion to modify stay; telephone conference with debtor principal, R. Olesen, re: insurance policies and defense attorneys involved in motion to modify stay by Martin & Quievoga | 13 | 0.60 | 165.00 |
| 4/10/2007 | CJM | Telephone conference with Indiana Insurance Co. representative, J. Horner, re: coverage on lawsuit against debtor and pending motion to modify stay (.3); telephone conference with debtor Chapter 11 attorney, P. Berk, re: accident coverage on debtor (.3) | 13 | 0.60 | 165.00 |
| 4/12/2007 | CJM | Telephone conference with Scott Clark of Indiana Insurance re: motion to modify stay in Quiroga matter; fax notice, motion, order and entry of appearance filed by James Harman to Mr. Clark | 13 | 0.40 | 110.00 |
| 4/16/2007 | CJM | Telephone conference with J. Harman, attorney for M. Quiroga, injured worker modifying stay, re: modifying proposed order with trustee's proposed language | 13 | 0.50 | 137.50 |
| 5/4/2007 | RGL | Telephone conference with Randy Olesen re: names of union officials | 10 | 0.20 | 50.00 |
| | RGL | Leave message for Scalambrino office re: depositions | 10 | 0.20 | 50.00 |
| 5/7/2007 | RGL | Telephone conference with Chris Muniz re: depositions | 10 | 0.20 | 50.00 |
| 5/15/2007 | RGL | Travel to Chicago for status hearing on adversary complaints | 10 | 3.20 | 800.00 |
| 5/16/2007 | GAM | Conference with C. Myler and R. Larsen: re defenses raised to preference claims | 10 | 0.20 | 50.00 |
| 5/21/2007 | RGL | Conference with Randy Olesen re: going over documents for discovery responses/preference analysis | 10 | 1.50 | 375.00 |
| 5/23/2007 | RGL | Review documents and prepare preference analysis | 10 | 2.00 | 500.00 |
| 6/5/2007 | RGL | Telephone conference with Chris Muniz re: discovery reponse | 10 | 0.20 | 50.00 |
| | RGL | Review and print Harris Bank proof of claim | 5 | 0.50 | 125.00 |
| 6/26/2007 | CJM | Review motion and order by Harris Bank for turnover of $29,500; telephone call to Randy Olesen re: disposition of funds; telephone call to bank attorney to advise that funds were disbursed by bank agent prior to conversion | 5 | 1.00 | 275.00 |
| 7/19/2007 | RGL | Prepare and work on discovery responses and preference analysis | 10 | 3.20 | 800.00 |
| 7/24/2007 | RGL | Research and letter to Cecilia Scanion re: mechanic's lien defense; our position and settlement demands | 10 | 1.00 | 250.00 |
| 7/26/2007 | RGL | Revise preference analysis and complete supporting documents | 10 | 1.00 | 250.00 |
| | RGL | Research extraordinary collection efforts and ordinary course of business exception | 10 | 2.00 | 500.00 |
| | RGL | Telephone conference with Bruce Mills re: testimony | 10 | 0.20 | 50.00 |
| 7/27/2007 | GAM | Conference with R. Larsen re: review of documents | 10 | 0.50 | 125.00 |
| | RGL | Finalize interrogatory responses | 10 | 2.00 | 500.00 |

Page    3

United States Trustee

| | | | Category | Hours | Amount |
|---|---|---|---|---|---|
| 7/30/2007 | RGL | Telephone conference with Chris Muniz re: settlement discussions | 10 | 0.20 | 50.00 |
| | RGL | Research/find cases in mechanic's lien defense raised by Atty. Scanlon | 10 | 3.00 | 750.00 |
| 7/31/2007 | RGL | Letter to Scanlon re: caselaw for settlement proposal | 10 | 0.50 | 125.00 |
| 8/2/2007 | GAM | Conference with R. Larsen re: defendant's priority claim defense | 10 | 0.50 | 125.00 |
| 8/10/2007 | RGL | Conference with Randy Olesen re: producing further documents and prepare for trial | 10 | 2.00 | 500.00 |
| 8/20/2007 | RGL | Prepare initial draft of witness/exhibit list; stipulation of facts | 10 | 2.00 | 500.00 |
| | RGL | Telephone conference with Randy Olesen re: documents needed for trial | 10 | 0.20 | 50.00 |
| | RGL | Telephone conference with Chris Muniz re: trial issues/possible stipulation and IRS administrative claim issues | 10 | 0.30 | 75.00 |
| | RGL | Telephone conference with Cecelia Scanlon re: documents needed re: completion of jobs | 10 | 0.20 | 50.00 |
| 8/21/2007 | RGL | Prepare summary liquidation analysis for use at upcoming trial | 10 | 2.50 | 625.00 |
| | RGL | Telephone conference with Tom Gruszuaskas, accountant, re: IRS administrative claim, balance sheet in preference period | 5 | 0.20 | 50.00 |
| | RGL | Telephone conference with Chris Muniz re: IRS claim/trustee response | 5 | 0.20 | 50.00 |
| | RGL | Letter to Muniz re: rejection of settlement/counter-offer | 10 | 0.20 | 50.00 |
| 8/22/2007 | RGL | Telephone conference with Chris Muniz re: settlement | 10 | 0.20 | 50.00 |
| | RGL | Prepare final draft of witness/exhibits | 10 | 1.00 | 250.00 |
| | RGL | Letter to Mills re: testimony | 10 | 0.20 | 50.00 |
| | RGL | Letter to Muniz re: settlement | 10 | 0.20 | 50.00 |
| 8/23/2007 | RGL | Two telephone conferences with Chris Muniz re: continuance of settlement negotiations | 10 | 0.30 | 75.00 |
| 8/27/2007 | RGL | Telephone conference with Chris Muniz re: motion tomorrow; status of settlement negotiating | 10 | 0.20 | 50.00 |
| | RGL | Telephone conference with Tom Gruszauskus re: amended 941 returns/IRS administrative claim | 5 | 0.30 | 75.00 |
| 8/28/2007 | RGL | Telephone conference with Bruce Mills office re: trial date/testimony | 10 | 0.20 | 50.00 |
| | RGL | Travel to Chicago to court for joint motion for continuance of trial v. Carpenters Union | 10 | 3.00 | 750.00 |
| 8/29/2007 | RGL | Telephone conference with Genova Reed at IRS re: amend returns/IRS administrative claim | 5 | 0.20 | 50.00 |
| | RGL | Telephone conference with Chris Muniz re: counterproposal | 10 | 0.20 | 50.00 |
| | RGL | Review amended tax returns re: IRS claim | 5 | 1.20 | 300.00 |
| 9/17/2007 | RGL | Telephone conference with Mike Benz re: motion re: equipment sale proceeds | 5 | 0.20 | 50.00 |
| 9/18/2007 | RGL | Telephone conference with Peter Berk re: status of preference cases | 10 | 0.20 | 50.00 |
| 9/19/2007 | RGL | Telephone conference with Cecelia Scanlon re: additional documents/settlement | 10 | 0.30 | 75.00 |
| 9/28/2007 | RGL | Telephone conference with Cecelia Scanlon re: motion for summary judgment; trial continuance | 10 | 0.20 | 50.00 |
| | RGL | Telephone conference with and email to Michael Benz re: status of preference cases | 10 | 0.50 | 125.00 |
| 10/2/2007 | RGL | Prepare motion to continue trial in Geneva/funds preference | 10 | 1.00 | 250.00 |
| 10/3/2007 | RGL | Review correspondence and exhibits from Atty. Scanlon | 10 | 0.50 | 125.00 |
| 10/4/2007 | RGL | Attempt phone call to Ms. Reed re: IRS administrative claim | 5 | 0.10 | 25.00 |

United States Trustee

| Date | | Description | Category | Hours | Amount |
|---|---|---|---|---|---|
| 10/4/2007 | RGL | Prepare witness/exhibit list for Geneva funds trial | 10 | 2.00 | 500.00 |
| 10/8/2007 | RGL | Read email from Mike Benz re: resolution of Harris motion re: sale proceeds | 5 | 0.50 | 125.00 |
| | RGL | Telephone conference with Mike Benz re: his email and trustee response | 5 | 0.20 | 50.00 |
| 10/9/2007 | RGL | Travel to Chicago to court on motion to continue trial - Geneva funds case | 10 | 3.00 | 750.00 |
| 10/11/2007 | RGL | Telephone conference with Peter Berk re: Harris Bank motion/status of preference cases and effect on Ingram claim | 5 | 0.30 | 75.00 |
| | RGL | Read email from P. Berk re: Harris Bank/Ingram | 5 | 0.80 | 200.00 |
| 10/15/2007 | RGL | Telephone conference with Ms. Reed at IRS/T. Gruszauskas re: amended 941 returns | 5 | 0.30 | 75.00 |
| | RGL | Email Randy Olesen re: returns | 5 | 0.20 | 50.00 |
| 10/16/2007 | RGL | Letter to Chris Muniz re: settlement offer | 10 | 0.30 | 75.00 |
| 10/24/2007 | RGL | Prepare motion to approve compromise/settlement in Adversary 06-1644 | 10 | 1.50 | 375.00 |
| | RGL | Revise motion per conference with Chris Muniz | 10 | 0.20 | 50.00 |
| 10/29/2007 | RGL | Telephone conference with Bruce Scalambrino re: settlement agreement | 10 | 0.20 | 50.00 |
| | RGL | Review proposed changes per Scalambrino suggestions and implement into agreement | 10 | 0.50 | 125.00 |
| | RGL | Review motion to approve settlement | 10 | 0.30 | 75.00 |
| 10/30/2007 | RGL | Telephone conference with Bruce Scalambrino re: settlement agreement signatures | 10 | 0.20 | 50.00 |
| 11/6/2007 | RGL | Travel to Chicago on motion to approve settlement of Adversary 06-1644 | 10 | 3.00 | 750.00 |
| 11/16/2007 | RGL | Letter to Cecelia Scanlon re: settlement demand | 10 | 0.20 | 50.00 |
| 11/20/2007 | RGL | Travel to Chicago to appear on motion to approve settlement of adversary with Carpenters Union | 10 | 3.20 | 800.00 |
| 11/30/2007 | RGL | Telephone conference with Cecelia Scanlon re: settlement offer | 10 | 0.20 | 50.00 |
| 1/29/2008 | RGL | Telephone conference with Cecelia Scanlon re: settlement | 10 | 0.20 | 50.00 |
| 1/30/2008 | RGL | Telephone conference with Cecelia Scanlon re: status/settlement | 10 | 0.20 | 50.00 |
| 1/31/2008 | RGL | Travel to Chicago for status hearing re: preference case No. 06-1645 | 10 | 3.20 | 800.00 |
| 2/22/2008 | RGL | Prepare motion to approve settlement of 06-1645 | 10 | 1.50 | 375.00 |
| 2/25/2008 | RGL | Email to Mike Benz re: settlement/timing of distribution | 5 | 0.50 | 125.00 |
| 3/4/2008 | RGL | Travel to Chicago on motion to approve settlement of 06-1645 | 10 | 3.00 | 750.00 |
| 3/5/2008 | RGL | Telephone conference with Cecelia Scanlon re: signed settlement agreement/payment | 10 | 0.20 | 50.00 |
| | RGL | Inter-office conference with C. Myler re: signed settlement agreement | 10 | 0.20 | 50.00 |
| 3/24/2008 | RGL | Prepare stipulation/dismissal order; send to Cecelia Scanlon to present to judge tomorrow | 10 | 1.00 | 250.00 |
| 6/18/2008 | RGL | Telephone conference with Geneva Reed (IRS) re: status of administrative claim; additional filings needed | 5 | 0.50 | 125.00 |
| 6/24/2008 | RGL | Letter to Tom Gruzauskas re: IRS administrative claim | 5 | 0.30 | 75.00 |
| 6/25/2008 | RGL | Review documents and email from Gruzauskas re: third quarter 941 | 5 | 0.50 | 125.00 |
| 2/1/2010 | CJM | Checking all claims | 5 | 1.80 | 495.00 |
| 2/4/2010 | CJM | Telephone conference with Tom Gruszauskas, debtor's accountant, re: filing updated 2006 and 2007 corporate tax returns; review file re: other priority distribution claims | 5 | 1.00 | 275.00 |
| 2/12/2010 | CJM | Review and sign 2006 and 2007 tax returns prepared by Tom Gruszauskas, Sikich LLP; forward Schedule 1120S K-1 for shareholder, Larry Olesen | 5 | 1.00 | 275.00 |

Page    5

United States Trustee

| | | | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2/18/2010 | RGL | Prepare motion, notice and order to employ accountant; file | 7 | 1.00 | 250.00 |
| 2/23/2010 | RGL | Travel to Chicago on motion to hire accountant | 7 | 1.50 | 375.00 |
| 3/4/2010 | CJM | Letter to IRS requesting prmopt determination of no tax due; enclosing 20006 and 2007 returns | 4 | 0.50 | 137.50 |
| 4/22/2010 | CJM | Prepare final report | 4 | 2.50 | 687.50 |
| 4/29/2010 | RGL | Prepare objection to IRS administrative claim; prepare order | 5 | 2.00 | 500.00 |
| 5/25/2010 | RGL | Telephone conference with IRS re: claim objection | 5 | 0.20 | 50.00 |
| 5/28/2010 | RGL | Telephone conference with IRS counsel office re: continuing claim objection hearing | 5 | 0.20 | 50.00 |
| | RGL | Telephone conference with Stephen Wolfe at US Trustee office re: stepping up on objection to IRS claim | 5 | 0.20 | 50.00 |
| 6/1/2010 | RGL | Letter to Janet McGill at IRS counsel re: resolving objection | 5 | 0.20 | 50.00 |
| 6/18/2010 | RGL | Prepare agreed order and send to J. McGill | 5 | 0.50 | 125.00 |
| 6/21/2010 | RGL | Telephone conference with Stephen Wolfe re: presenting agreed order | 5 | 0.20 | 50.00 |
| 8/31/2010 | RGL | Travel to Chicago for hearing on final report (estimated) | 4 | 1.00 | 250.00 |
| | | | | 111.40 | $28,385.00 |

For professional services rendered

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Charles J. Myler | 21.40 | 275.00 | $5,885.00 |
| G. Alexander McTavish | 1.20 | 250.00 | $300.00 |
| Richard G. Larsen | 88.80 | 250.00 | $22,200.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | Bankruptcy No. 06 B 08795 |
| OLESEN CONSTRUCTION, INC., | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | |
| *Debtor(s).* | ) | |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Thomas Gruszauskas and Sikich LLP, accountants for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016, submit this application for compensation and represent to the Court as follows:

1.      An order for relief under Chapter 11 was entered on July 24, 2006.  On February 20, 2007 this matter was converted to a Chapter 7.  This Court on February 23, 2010 authorized the employment of the Applicant to serve as accountants for the Trustee in the Chapter 7 proceeding.  Applicant has received $0 in previously awarded compensation and reimbursement of expenses in the Chapter 7 proceeding.

2.      Applicant requests $975.00 in compensation for preparation of 2006 and 2007 federal and state S-Corportion income tax returns.

3.      Attached as Exhibit "G" is a statement of the services rendered.  The statement reflects the services rendered and a description of the work performed.

4.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

5.     At all times during Applicant's service to the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $975.00 for services rendered in this case.

RESPECTFULLY SUBMITTED,
Sikich LLP
By: /s/ Thomas Gruszauskas

DATE: June 22, 2010



OLESEN CONSTRUCTION
C/O CHARLES MYLER, ATTORNEY
BANKRUPTCY FILE#06-08795 ADMINISTRATIVE FEES
105 EAST GALENA BLVD   8TH FLOOR
AURORA, IL  60505

Invoice No.   112417
Ptr/Mgr       ES
Date          03/10/2010
Client No.    5564888

IN CONNECTION WITH PREPARATION OF THE FEDERAL AND STATE
S-CORPORATION INCOME TAX RETURNS FOR THE YEARS ENDED
DECEMBER 31, 2006 AND DECEMBER 31, 2007

*Ch 7 claim*

CURRENT AMOUNT DUE      $         975.00

Terms:  Net 30 Days A Finance Charge of 1 1/2 % per month (18% ANNUAL RATE) will be charged to all past due amounts.
        Remit payment to: Sikich LLP  998 Corporate Boulevard - Aurora, Illinois 60502-9102 - 630-566-8400
        We accept MasterCard, Visa, American Express and Discover.  Thank you for your prompt payment!

