# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: OLESEN CONSTRUCTION, INC.    §    Case No. 06-08795-5
§
§
§
Debtor(s)                                      §

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on August 24, 2010, 2010 in Courtroom 644 in the United States Courthouse, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2010     By: /s/CHARLES J. MYLER
                                Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: OLESEN CONSTRUCTION, INC.    § Case No. 06-08795-5
                                     §
                                     §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 68,339.46 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 68,339.46 |

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                      N/A

Applications for chapter 7 (and Chapter 11) fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 6,666.97 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 28,385.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Sikich | $ 975.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles J. Myler | $ | $ 614.42 |
| Accountant | Sikich | $ 8,060.00 (in the Ch 11) | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | Forrest L. Ingram | $ 13,845.88 (in the Ch. 11) | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | Department of the Treasury-Internal Revenue Service | $ | $ 9,792.19 (in the Ch. 11) |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,448,608.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Department of the Treasury-Internal Revenue Service | $ 1,424,602.95 | $ 0.00 |
| 11P | Illinois Dept of Employment Security | $ 95,154.09 | $ 0.00 |
| 12P-2 | Illinois Department of Revenue | $ 82,935.73 | $ 0.00 |
| 15 | Chgo Regional Council of Carpenters Pension Fun | $ 274,042.74 | $ 0.00 |
| 16P | Carpenters Fringe Benefit Funds of Illinois | $ 281,837.88 | $ 0.00 |
| 23P | Illinois Dept of Employment Security | $ 110,892.96 | $ 0.00 |
| 27P-2 | Department of the Treasury-Internal Revenue Service | $ 1,179,142.23 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (9/1/2009)

Timely claims of general (unsecured) creditors totaling $ 4,402,808.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Department of the Treasury-Internal Revenue Service | $ 133,627.95 | $ 0.00 |
| 2 | FIRST EQUITY CARD | $ 6,277.21 | $ 0.00 |
| 3 | NATIONAL LIFT TRUCK | $ 10,530.50 | $ 0.00 |
| 4 | STOCK BUILDING SUPPLY | $ 1,233.34 | $ 0.00 |
| 5 | BRADCO SUPPLY CORP | $ 6,112.94 | $ 0.00 |
| 6 | American Express Bank FSB | $ 24,572.32 | $ 0.00 |
| 7 | MIDWEST SIDING SUPPLY | $ 86,514.48 | $ 0.00 |
| 8 | American Express Travel Related Svcs Co | $ 4,836.70 | $ 0.00 |
| 9 | Fifth Third Bank | $ 5,467.13 | $ 0.00 |
| 10 | Sprint-Nextel Corporation | $ 2,642.60 | $ 0.00 |
| 11U | Illinois Dept of Employment Security | $ 795.00 | $ 0.00 |
| 12U-2 | Illinois Department of Revenue | $ 6,139.21 | $ 0.00 |
| 13 | AIR FASTENING SYSTEMS, INC. | $ 16,270.59 | $ 0.00 |
| 14-2 | MUIRFIELD UNDERWRITERS, LTD. | $ 30,395.05 | $ 0.00 |
| 16U | Carpenters Fringe Benefit Funds of Illinois | $ 454,545.99 | $ 0.00 |
| 17 | Martin and Alejandra Quiroga | $ 0.00 | $ 0.00 |
| 18 | Martin and Alejandra Quiroga | $ 3,000,000.00 | $ 0.00 |
| 19 | US Bank/Retail Payment Solutions | $ 685.46 | $ 0.00 |
| 20 | MIDWEST SIDING SUPPLY | $ 86,514.48 | $ 0.00 |
| 21 | Wessels Pautsch | $ 5,073.42 | $ 0.00 |
| 22 | Citibank (South Dakota) N.A. | $ 5,838.94 | $ 0.00 |
| | Illinois Dept of Employment | | |

UST Form 101-7-NFR (9/1/2009)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 23U | Security | $ 1,410.00 | $ 0.00 |
| 25 | ESSEX CORP. | $ 176,566.09 | $ 0.00 |
| 26 | ASSURANCE AGENCY | $ 9,623.00 | $ 0.00 |
| 27U-2 | Department of the Treasury-Internal Revenue Service | $ 256,925.92 | $ 0.00 |
| 29 | Shelter Distribution Inc | $ 70,210.27 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 50,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 30 | Chicago Regional Council of Carpenters | $ 50,000.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.