## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: OLESEN CONSTRUCTION, INC. | § | Case No. 06-08795-5 |
| | § | |
| | § | |
| Debtor(s) | § | |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on August 24, 2010, 2010 in Courtroom 644 in the United States Courthouse, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2010     By: /s/CHARLES J. MYLER
                                 Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: OLESEN CONSTRUCTION, INC.   § Case No. 06-08795-5
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 68,339.46 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 68,339.46 |

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*

N/A

Applications for chapter 7 (and Chapter 11) fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 6,666.97 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 28,385.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Sikich | $ 975.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles J. Myler | $ | $ 614.42 |
| Accountant | Sikich | $ 8,060.00 (in the Ch 11) | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | | $ | $ |
| Attorney for | Forrest L. Ingram | $ 13,845.88 (in the Ch. 11) | $ |
| Accountant for | | $ | $ |
| Appraiser for | | $ | $ |
| Other | Department of the Treasury-Internal Revenue Service | $ | $ 9,792.19 (in the Ch. 11) |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,448,608.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Department of the Treasury-Internal Revenue Service | $ 1,424,602.95 | $ 0.00 |
| 11P | Illinois Dept of Employment Security | $ 95,154.09 | $ 0.00 |
| 12P-2 | Illinois Department of Revenue | $ 82,935.73 | $ 0.00 |
| 15 | Chgo Regional Council of Carpenters Pension Fun | $ 274,042.74 | $ 0.00 |
| 16P | Carpenters Fringe Benefit Funds of Illinois | $ 281,837.88 | $ 0.00 |
| 23P | Illinois Dept of Employment Security | $ 110,892.96 | $ 0.00 |
| 27P-2 | Department of the Treasury-Internal Revenue Service | $ 1,179,142.23 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (9/1/2009)

Timely claims of general (unsecured) creditors totaling $ 4,402,808.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Department of the Treasury-Internal Revenue Service | $ 133,627.95 | $ 0.00 |
| 2 | FIRST EQUITY CARD | $ 6,277.21 | $ 0.00 |
| 3 | NATIONAL LIFT TRUCK | $ 10,530.50 | $ 0.00 |
| 4 | STOCK BUILDING SUPPLY | $ 1,233.34 | $ 0.00 |
| 5 | BRADCO SUPPLY CORP | $ 6,112.94 | $ 0.00 |
| 6 | American Express Bank FSB | $ 24,572.32 | $ 0.00 |
| 7 | MIDWEST SIDING SUPPLY | $ 86,514.48 | $ 0.00 |
| 8 | American Express Travel Related Svcs Co | $ 4,836.70 | $ 0.00 |
| 9 | Fifth Third Bank | $ 5,467.13 | $ 0.00 |
| 10 | Sprint-Nextel Corporation | $ 2,642.60 | $ 0.00 |
| 11U | Illinois Dept of Employment Security | $ 795.00 | $ 0.00 |
| 12U-2 | Illinois Department of Revenue | $ 6,139.21 | $ 0.00 |
| 13 | AIR FASTENING SYSTEMS, INC. | $ 16,270.59 | $ 0.00 |
| 14 -2 | MUIRFIELD UNDERWRITERS, LTD. | $ 30,395.05 | $ 0.00 |
| 16U | Carpenters Fringe Benefit Funds of Illinois | $ 454,545.99 | $ 0.00 |
| 17 | Martin and Alejandra Quiroga | $ 0.00 | $ 0.00 |
| 18 | Martin and Alejandra Quiroga | $ 3,000,000.00 | $ 0.00 |
| 19 | US Bank/Retail Payment Solutions | $ 685.46 | $ 0.00 |
| 20 | MIDWEST SIDING SUPPLY | $ 86,514.48 | $ 0.00 |
| 21 | Wessels Pautsch | $ 5,073.42 | $ 0.00 |
| 22 | Citibank (South Dakota) N.A. | $ 5,838.94 | $ 0.00 |
| | Illinois Dept of Employment | | |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 23U | Security | $ 1,410.00 | $ 0.00 |
| 25 | ESSEX CORP. | $ 176,566.09 | $ 0.00 |
| 26 | ASSURANCE AGENCY | $ 9,623.00 | $ 0.00 |
| 27U-2 | Department of the Treasury-Internal Revenue Service | $ 256,925.92 | $ 0.00 |
| 29 | Shelter Distribution Inc | $ 70,210.27 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 50,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 30 | Chicago Regional Council of Carpenters | $ 50,000.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                 Page 1 of 2                   Date Rcvd: Jul 27, 2010
Case: 06-08795                 Form ID: pdf006              Total Noticed: 61

The following entities were noticed by first class mail on Jul 29, 2010.
db           +Olesen Construction, Inc.,   4N590 Pathfinder Drive,   Elburn, IL 60119-9591
aty          +Forrest L Ingram,   Forrest L. Ingram, P.C.,   79 W Monroe Street,   Suite 900,
               Chicago, IL 60603-4914
tr           +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
10847775      AFLAC,   1932 Wynnton Road,   Columbus, GA 31999-0797
10832566     +AIR FASTENING SYSTEMS, INC.,   1611 EMILY LANE,   AURORA, IL 60502-7801
10847777      AMERICAN EXPRESS,   P.O. BOX 297879,   Fort Lauderdale, FL 33329-7879
10832567     +AMERICAN EXPRESS BANK FSB,   POB 3001,   MALVERN, PA 19355-0701
10832568     +ASSURANCE AGENCY,   ONE CENTURY CENTRE,   1750 EAST GOLF ROAD,   Schaumburg, IL 60173-5835
11233148     +AT&T,   POB 8100,   Aurora, IL 60507-8100
10881622      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10883046      American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
10832569      BP AMOCO BUSINESS SOLUTIONS,   COMDATA CORP,   P.O. BOX 100647,   Atlanta, GA 30384-0647
10847779     +CAPITAL ONE, F.S.B.,   P.O. BOX 790217,   Saint Louis, MO 63179
10832573     +CHICAGO DISTRICT COUNSEL OF,   CARPENTERS 12,   12 E. ERIE ST.,   Chicago, IL 60611-2767
10832574     +CUSTOM FABRICATIONS,   1625 WELD ROAD, SUITE H,   Elgin, IL 60123-5800
10962851     +Carpenters Fringe Benefit Funds of Illinois,   PO Box 4001,   Geneva, IL 60134-4001
10961000     +Chgo Regional Council of Carpenters Pension Fun,   c/o Bruce C Scalambrino,
               33 N LaSalle Street Se 1210,   Chicago, IL 60602-3416
10961001     +Chgo Regional Council of Carpenters Welfare Fun,   c/o Bruce C Scalambrino,
               33 N LaSalle Street Ste 1210,   Chicago, IL 60602-3416
10832572     +Chicago Dist. Counsel of Carpenters,   12 E. Erie St.,   Chicago, IL 60611-2767
11781230     +Chicago Regional Council of Carpenters,   c/o Bruce C. Scalambrino,   Scalambrino & Arnoff, LLP,
               One North LaSalle Street, Suite 1600,   Chicago, Illinois 60602-3935
11377444     +Citibank (South Dakota) N.A.,   DBA:Shell,   4740 121st ST.,   Urbandale, Ia 50323-2402
10847781     +DELNOR COMMUNITY HOSPITAL,   300 S. RANDALL ROAD,   Geneva, IL 60134-4202
10832575      DREYER MEDICAL CLINIC,   P.O. BOX 2091,   Aurora, IL 60507-2091
10832576     +ESSEX CORP.,   11606 NICHOLAS ST.,   Omaha, NE 68154-4478
10847783      FED-EX CORPORATION,   REVENUE RECOVERY DEPARTMENT,   P.O. BOX 94515,   Palatine, IL 60094-4515
10832577    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: FIFTH THIRD BANK,   MADISONVILLE OPERATIONS,   CENTER MD1M0C2G,
               Cincinnati, OH 45263)
10832578     +FIRST EQUITY CARD,   P.O. BOX 84075,   Columbus, GA 31908-4075
10883505     +Fifth Third Bank,   1850 E Paris Ave SE,   MD#ROPS05/Bankruptcy,   Grand Rapids MI 49546-6253
11233143     +Forrest L Ingram P C,   79 West Monroe Ste 900,   Chicago, IL 60603-4914
10832579     +Geneva Indep. Empl. Benefit Corp.,   28 N. First St.,   P.O. Box 470,   Geneva, IL 60134-0470
11405499     +Harris NA,   c/o Kurt Miller,   111 W Monroe Street,   Chicago, IL 60603-4095
11233147     +Home Depot,   POB 6031,   The Lakes, NV 88901-6031
10832581     +IDES,   collections section,   33 S. STATE ST., 10TH FLOOR,   Chicago, IL 60603-2803
10947559    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Bankruptcy Unit,
               100 W. Randolph St., #7-400,   Chicago, IL 60601)
10832583    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10832582      Illinois Department of Revenue Bankruptcy Section,   P.O. BOX 64338,   Chicago, IL 60664-0338
10941439     +Illinois Dept of Employment Security,   Attorney General Section 9th Floor,   33 S State Street,
               Chicago, IL 60603-2804
10832587      LOWES BUSINESS ACCOUNT,   p.o. BOX 530970,   Atlanta, GA 30353-0970
10832584     +Larry Randall Olesen,   4N590 Pathfinder Dr.,   Elburn, IL 60119-9591
10832585     +Larry Randall Oleson,   4N590 Pathfinder Drive,   Elburn, IL 60119-9591
10832586     +Larry Raymond & Dorthea Olesen,   9210 N. Bass Lake Blvd,   Pentwater, MI 49449-8600
10832588      MENARDS,   HSBC BUSINESS SOLUTIONS,   P.O. BOX 5219,   Carol Stream, IL 60197-5219
10832589     +MIDWEST SIDING SUPPLY,   1001 Aucutt Road,   Montgomery, IL 60538-1176
10847790     +MOBILE MINI, INC.,   7420 S. KYRENE RD.,   SUITE 101,   Tempe, AZ 85283-4678
10832590      MUIRFIELD UNDERWRITERS, LTD.,   8580 INNOVATION WAY,   Chicago, IL 60682-0085
11284452     +Martin and Alejandra Quiroga,   12317 S. Maple Avenue,   Blue Island, IL 60406-1516
10832591     +NATIONAL LIFT TRUCK,   3333 MT. PROSPECT RD.,   Franklin Park, IL 60131-1337
10832592     +O’DONNELL CRANE,   59 WEST ELM AVE.,   Cortland, IL 60112-4022
10832593      SHELL FLEET PLUS,   P.O. BOX 186019,   Columbus, OH 43218-3019
10832594     +SHELTER,   ELGIN-SHELTER DIST. 9102,   1407 TIMBER DRIVE,   Elgin, IL 60123-1827
10832595      SPRINT/NEXTEL,   P.O. BOX 4181,   Carol Stream, IL 60197-4181
10832596     +STOCK BUILDING SUPPLY,   1331 DAVIS ROAD,   Elgin, IL 60123-1319
10832597     +SUBURBAN EXTERIORS, INC.,   11906 OAK CREEK PARKWAY,   BUILDING A, UNIT C,
               HUNTLEY, IL 60142-6728
11455562     +Shelter Distribution Inc,   Jodi L Flynn,   Davis McGrath LLC,   125 S Wacker Drive Ste 1700,
               Chicago, IL 60606-4478
11233144     +Sikich LLP,   998 Corporate Blvd,   Aurora, IL 60502-9102
10888207      Sprint-Nextel Corporation,   Attn: Bankruptcy,   PO Box 172408,   Denver, CO 80217-2408
10832598     +TIME-SAVERS, INC.,   P.O. BOX 88469,   Chicago, IL 60680-1469
10832599     +TRI-CITY MAINTENANCE REPAIR, INC,   0.0. BOX 407,   Wasco, IL 60183-0407
11233146    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U S Bank,   POB 790408,   St Louis, MO 63179)
11301688     +US Bank/Retail Payment Solutions,   PO Box 5229,   Cincinnati, OH 45201-5229
```

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Jul 27, 2010
Case: 06-08795                Form ID: pdf006           Total Noticed: 61
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Jul 27, 2010.
```
10847791        E-mail/Text: bankruptcy@pb.com                           PITNEY BOWES,   2225 AMERICAN DRIVE,
                 Neenah, WI 54956-1005
                                                                                                      TOTAL: 1
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Allen Schwartz,   Kralovec Jambois & Schwartz
aty             James Lai
10961002        Chicago and Northeast Illinois Regional Council of
aty*            +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
                  Aurora, IL 60505-3338
aty*            +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
                  Aurora, IL 60505-3338
10847776*       +AIR FASTENING SYSTEMS, INC.,   1611 EMILY LANE,   AURORA, IL 60502-7801
10847778*       +ASSURANCE AGENCY,   ONE CENTURY CENTRE,   1750 EAST GOLF ROAD,   Schaumburg, IL 60173-5835
10847780*       +Chicago Dist. Counsel of Carpenters,   12 E. Erie St.,   Chicago, IL 60611-2767
10847782*        DREYER MEDICAL CLINIC,   P.O. BOX 2091,   Aurora, IL 60507-2091
10847784*       +Geneva Indep. Empl. Benefit Corp.,   28 N. First St.,   P.O. Box 470,   Geneva, IL 60134-0470
10847785*       +HARRIS BANK,   155 W. WILSON ST.,   P.O. BOX 189,   Batavia, IL 60510-0189
10847786*       +IDES,   collections section,   33 S. STATE ST., 10TH FLOOR,   Chicago, IL 60603-2803
10847788*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                  PHILADELPHIA PA 19114-0326
                 (address filed with court: Department of the Treasury-Internal Revenue Servic,
                  Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10847787*        Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10847792*        SHELL FLEET PLUS,   P.O. BOX 186019,   Columbus, OH 43218-3019
10847793*       +SHELTER,   ELGIN-SHELTER DIST. 9102,   1407 TIMBER DRIVE,   Elgin, IL 60123-1827
10847794*        SPRINT/NEXTEL,   P.O. BOX 4181,   Carol Stream, IL 60197-4181
10832570        ##+BRADCO SUPPLY CORP,   REGIONAL CREDIT OFFICE,   1125 PAGE BLVD,   SPRINGFIELD, MA 01104-1634
10952853        ##+Bruce C Scalambrino,   Scalambrino & Arnoff LlP,   33 North LaSalle Street Suite 1210,
                  Chicago, IL 60602-3416
10832571        ##CAPITAL ONE BANK,   P.O. BOX 790216,   Saint Louis, MO 63179-0216
10832580        ##+HARRIS BANK,   155 W. Wilson St.,   P.O. Box 189,   Batavia, IL 60510-0189
10961003        ##+Labor/Managment Union Carpentry Cooperation Promot,   c/o Bruce C. Scalambrino,
                  Scalambrino & Arnoff, LLP,   33 North LaSalle Street,   Suite 1210,   Chicago, IL 60602-3416
10847789        ##+MIDWEST SIDING SUPPLY,   244 S. RIVER STREET,   Aurora, IL 60506-6061
11233145        ##+Wessels Pautsch,   Attn Bruce Mils Esq,   321 S Plymouth Court Ste 900,   Chicago, IL 60604-3920
                                                                                 TOTALS: 3, * 14, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                **Signature:**   _/s/ Joseph Speetjens_