## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: OLESEN CONSTRUCTION, INC.                    §    Case No. 06-08795
                                                    §
                                                    §
Debtor(s)                                           §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,024,700.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: $10,073,750.72

Total Expenses of Administration: $68,350.86

3) Total gross receipts of $    68,350.86   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00      (see **Exhibit 2**), yielded net receipts of $68,350.86 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 43,227.79 | 44,202.79 | 44,701.39 | 44,701.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 21,913.20 | 178,636.44 | 37,410.81 | 23,649.47 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 2,491,998.12 | 3,448,608.58 | 3,448,608.58 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 1,013,114.33 | 4,452,708.59 | 4,452,808.59 | 0.00 |
| TOTAL DISBURSEMENTS | $3,570,253.44 | $8,124,156.40 | $7,983,529.37 | $68,350.86 |

4) This case was originally filed under Chapter 7 on July 24, 2006. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2010          By: /s/CHARLES J. MYLER
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 --GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 06A01644 | 1141-000 | 50,000.00 |
| 06A01645 | 1141-000 | 17,000.00 |
| JP Morgan account | 1129-000 | 507.77 |
| Credit/refund from AT&T | 1229-000 | 639.46 |
| Interest Income | 1270-000 | 203.63 |
| **TOTAL GROSS RECEIPTS** | | **$68,350.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 --FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 --SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 6,666.97 | 6,666.97 | 6,666.97 |
| Charles J. Myler | 2200-000 | N/A | 614.42 | 614.42 | 614.42 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 28,385.00 | 28,385.00 | 28,385.00 |
| Sikich | 3410-000 | N/A | 975.00 | 975.00 | 975.00 |
| Sikich | 3410-000 | N/A | 7,561.40 | 8,060.00 | 8,060.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 44,202.79 | 44,701.39 | 44,701.39 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Forrest L. Ingram | 6210-160 | N/A | 21,913.20 | 21,913.20 | 13,852.56 |
| Department of the Treasury-Internal Revenue Service | 6810-000 | N/A | 156,723.24 | 15,497.61 | 9,796.91 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 178,636.44 | 37,410.81 | 23,649.47 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 1,424,602.95 | 1,424,602.95 | 0.00 |
| 11P | Illinois Dept of Employment Security | 5800-000 | N/A | 95,154.09 | 95,154.09 | 0.00 |
| 12P-2 | Illinois Department of Revenue | 5800-000 | N/A | 82,935.73 | 82,935.73 | 0.00 |
| 15 | Chgo Regional Council of Carpenters Pension Fun | 5800-000 | N/A | 274,042.74 | 274,042.74 | 0.00 |
| 16P | Carpenters Fringe Benefit Funds of Illinois | 5800-000 | N/A | 281,837.88 | 281,837.88 | 0.00 |
| 23P | Illinois Dept of Employment Security | 5800-000 | N/A | 110,892.96 | 110,892.96 | 0.00 |
| 27P-2 | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 1,179,142.23 | 1,179,142.23 | 0.00 |
| NOTFILED | Chicago Dist. Counsel of Carpenters | 5200-000 | 350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Geneva Indep. Empl. Benefit Corp. | 5200-000 | 103,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 1,060,806.12 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 78,192.00 | N/A | N/A | 0.00 |
| NOTFILED | Geneva Indep. Empl. Benefit Corp. | 5200-000 | 250,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 2,491,998.12 | 3,448,608.58 | 3,448,608.58 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 133,627.95 | 133,627.95 | 0.00 |
| 2 | FIRST EQUITY CARD | 7100-000 | 12,476.42 | 6,277.21 | 6,277.21 | 0.00 |
| 3 | NATIONAL LIFT TRUCK | 7100-000 | N/A | 10,530.50 | 10,530.50 | 0.00 |
| 4 | STOCK BUILDING SUPPLY | 7100-000 | N/A | 1,233.34 | 1,233.34 | 0.00 |
| 5 | BRADCO SUPPLY CORP | 7100-000 | 6,112.94 | 6,112.94 | 6,112.94 | 0.00 |
| 6 | American Express Bank FSB | 7100-000 | 24,572.32 | 24,572.32 | 24,572.32 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MIDWEST SIDING SUPPLY | 7100-000 | 82,147.96 | 86,514.48 | 86,514.48 | 0.00 |
| 8 | American Express Travel Related Svcs Co | 7100-000 | 4,876.00 | 4,836.70 | 4,836.70 | 0.00 |
| 9 | Fifth Third Bank | 7100-000 | 10,934.26 | 5,467.13 | 5,467.13 | 0.00 |
| 10 | Sprint-Nextel Corporation | 7100-000 | 1,850.77 | 2,642.60 | 2,642.60 | 0.00 |
| 11U | Illinois Dept of Employment Security | 7100-000 | N/A | 795.00 | 795.00 | 0.00 |
| 12U-2 | Illinois Department of Revenue | 7100-000 | N/A | 6,139.21 | 6,139.21 | 0.00 |
| 13 | AIR FASTENING SYSTEMS, INC. | 7100-000 | N/A | 16,270.59 | 16,270.59 | 0.00 |
| 14 | MUIRFIELD UNDERWRITERS, LTD. | 7100-000 | N/A | 30,395.05 | 30,395.05 | 0.00 |
| 16U-2 | Carpenters Fringe Benefit Funds of Illinois | 7100-000 | N/A | 454,545.99 | 454,545.99 | 0.00 |
| 17 | Martin and Alejandra Quiroga | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Martin and Alejandra Quiroga | 7100-000 | N/A | 3,000,000.00 | 3,000,000.00 | 0.00 |
| 19 | US Bank/Retail Payment Solutions | 7100-000 | N/A | 685.46 | 685.46 | 0.00 |
| 20 | MIDWEST SIDING SUPPLY | 7100-000 | N/A | 86,514.48 | 86,514.48 | 0.00 |
| 21 | Wessels Pautsch | 7100-000 | N/A | 5,073.42 | 5,073.42 | 0.00 |
| 22 | Citibank (South Dakota) N.A. | 7100-000 | N/A | 5,838.94 | 5,838.94 | 0.00 |
| 23U | Illinois Dept of Employment Security | 7100-000 | N/A | 1,410.00 | 1,410.00 | 0.00 |
| 25 | ESSEX CORP. | 7100-000 | N/A | 176,566.09 | 176,566.09 | 0.00 |
| 26 | ASSURANCE AGENCY | 7100-000 | 10,666.00 | 9,623.00 | 9,623.00 | 0.00 |
| 27U-2 | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 256,825.92 | 256,925.92 | 0.00 |
| 29 | Shelter Distribution Inc | 7100-000 | N/A | 70,210.27 | 70,210.27 | 0.00 |
| 30 | Chicago Regional Council of Carpenters | 7200-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| NOTFILED | MOBILE MINI, INC. | 7100-000 | 99.44 | N/A | N/A | 0.00 |
| NOTFILED | MUIRFIELD UNDERWRITERS, LTD. | 7100-000 | 18,021.90 | N/A | N/A | 0.00 |
| NOTFILED | HARRIS BANK | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SHELTER | 7100-000 | 70,149.48 | N/A | N/A | 0.00 |
| NOTFILED | O'DONNELL CRANE | 7100-000 | 8,367.00 | N/A | N/A | 0.00 |
| NOTFILED | SHELL FLEET PLUS | 7100-000 | 5,723.59 | N/A | N/A | 0.00 |
| NOTFILED | SPRINT/NEXTEL | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | MUIRFIELD UNDERWRITERS, LTD. | 7100-000 | 18,021.90 | N/A | N/A | 0.00 |
| NOTFILED | NATIONAL LIFT TRUCK | 7100-000 | 10,530.50 | N/A | N/A | 0.00 |
| NOTFILED | HARRIS BANK | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | IDES collections section | 7100-000 | 148,227.88 | N/A | N/A | 0.00 |
| NOTFILED | MENARDS HSBC BUSINESS SOLUTIONS | 7100-000 | 5,984.36 | N/A | N/A | 0.00 |
| NOTFILED | LOWES BUSINESS ACCOUNT | 7100-000 | 1,497.95 | N/A | N/A | 0.00 |
| NOTFILED | SUBURBAN EXTERIORS, INC. | 7100-000 | 2,704.75 | N/A | N/A | 0.00 |
| NOTFILED | STOCK BUILDING SUPPLY | 7100-000 | 1,215.83 | N/A | N/A | 0.00 |
| NOTFILED | TIME SAVERS, INC. | 7100-000 | 9,400.00 | N/A | N/A | 0.00 |
| NOTFILED | PITNEY BOWES | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | TRI CITY MAINTENANCE REPAIR, INC | 7100-000 | 2,587.39 | N/A | N/A | 0.00 |
| NOTFILED | SHELL FLEET PLUS | 7100-000 | 57,838.94 | N/A | N/A | 0.00 |
| NOTFILED | SUBURBAN EXTERIORS, INC. | 7100-000 | 2,704.75 | N/A | N/A | 0.00 |
| NOTFILED | IDES collections section | 7100-000 | 126,823.09 | N/A | N/A | 0.00 |
| NOTFILED | HARRIS BANK | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Dist. Counsel of Carpenters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Geneva Indep. Empl. Benefit Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HARRIS BANK | 7100-000 | 98,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CUSTOM FABRICATIONS | 7100-000 | 4,583.07 | N/A | N/A | 0.00 |
| NOTFILED | CAPITAL ONE, F.S.B | 7100-000 | 119.83 | N/A | N/A | 0.00 |
| NOTFILED | DREYER MEDICAL CLINIC | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | DELNOR COMMUNITY HOSPITAL | 7100-000 | 154.26 | N/A | N/A | 0.00 |
| NOTFILED | DREYER MEDICAL CLINIC | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | HARRIS BANK | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FED EX CORPORATION REVENUE RECOVERY DEPARTMENT | 7100-000 | 137.08 | N/A | N/A | 0.00 |
| NOTFILED | Geneva Indep. Empl. Benefit Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CUSTOM FABRICATIONS | 7100-000 | 4,583.07 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CAPITAL ONE BANK | 7100-000 | 898.06 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AMERICAN EXPRESS | 7100-000 | 1,733.50 | N/A | N/A | 0.00 |
| NOTFILED | AIR FASTENING SYSTEMS, INC. | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED AFLAC | 7100-000 | 2,345.04 | N/A | N/A | 0.00 |
| NOTFILED BP AMOCO BUSINESS SOLUTIONS COMDATA CORP | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,013,114.33 | 4,452,708.59 | 4,452,808.59 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-08795

Case Name:   OLESEN CONSTRUCTION, INC.

Period Ending: 10/20/10

Trustee:   (330510)   CHARLES J. MYLER

Filed (f) or Converted (c): 07/24/06 (f)

§341(a) Meeting Date:   03/27/74

Claims Bar Date:   07/02/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account | 5,350.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bond with Chicago Council of Carpenters | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Essex Corp. acct. receivable | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Spillane & Sons acct. receivable | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Shodeen Inc. acct. receivable | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | CL Design acct. receivable | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Construction Options | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Chris Young acct. receivable | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Bechtold acct. receivable | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 4 vans and 1 trailer | 17,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Machinery | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Inventory | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 06A01644 | 360,269.00 | 360,269.00 | | 50,000.00 | FA |
| 16 | 06A01645 | 59,667.00 | 59,667.00 | | 17,000.00 | FA |
| 17 | JP Morgan account | 524.00 | 0.00 | | 507.77 | FA |
| 18 | Credit/refund from AT&T (u) | 639.46 | 639.46 | | 639.46 | FA |
| 19 | ACCT. NO. 18236 HARRIS BANK 155 W. WILSON ST. BA | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 20 | ACCT. NO. 2950101979 HARRIS BANK 150 W. WILSON S | 5,350.00 | 5,350.00 | DA | 0.00 | FA |
| 21 | FIFTH THIRD BANK OVERDRAFT ACCOUNT(negative bala | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | Bond with Chicago District Counsel of Carpenters | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 23 | Essex Corporation c/o Tim Bohnert, Proj. Mgr. 11 | 200,000.00 | 200,000.00 | DA | 0.00 | FA |
| 24 | Spillane & Sons 253 Trudy Court Batavia, IL 6051 | 18,000.00 | 18,000.00 | DA | 0.00 | FA |
| 25 | Shodeen Incorporated 17 N. First Street Geneva, | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 26 | C. L. DESIGN AND BUILD P.O. BOX 336 | 10,000.00 | 10,000.00 | DA | | |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08795

**Case Name:** OLESEN CONSTRUCTION, INC.

**Period Ending:** 10/20/10

**Trustee:** · (330510)  CHARLES J. MYLER

**Filed (f) or Converted (c):** 07/24/06 (f)

**§341(a) Meeting Date:** 03/27/74

**Claims Bar Date:** 07/02/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | YORKVILLE, I | | | | | |
| 27 | CONSTRUCTION OPTIONS 1870 B DEAN STREET ST. CHAR | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 28 | CHRIS YOUNG C/O C. L. DESIGN AND BUILD P.O. BOX | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 29 | BECHTOLD DEVELOPMENT CO. P.O. BOX 168 WHEATON, I | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 30 | 4 VANS AND ONE TRAILER (SEE ATTACHED ANSWER TO B | 17,500.00 | 17,500.00 | DA | 0.00 | FA |
| 31 | 1 FORK LIFT, 20 GENERATORS, FRAMING GUNS, SAWS, | 125,000.00 | 125,000.00 | DA | 0.00 | FA |
| 32 | NAILS ETC. (SEE ATTACHED ANSWER TO B. 30) | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 203.63 | FA |
| 33 | Assets    Totals (Excluding unknown values) | $1,445,799.46 | $932,925.46 | | $68,350.86 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee mailed final report to trustee 6/24/10

**Initial Projected Date Of Final Report (TFR):**  December 31, 2007

**Current Projected Date Of Final Report (TFR):**  July 26, 2010  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

Case Number:  06-08795

Case Name:  OLESEN CONSTRUCTION, INC.

Taxpayer ID #:  **-***1834

Period Ending: 10/20/10

Trustee:  CHARLES J. MYLER (330510)

Bank Name:  JPMORGAN CHASE BANK, N.A.

Account:  ***-*****56-65 - Money Market Account

Blanket Bond:  $5,000,000.00  (per case limit)

Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref#} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/07 | {17} | Chase Bank | Proceeds of bank account | 1129-000 | 507.77 | | 507.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.19 | | 507.96 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 508.24 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 508.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 508.78 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 509.06 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.25 | | 509.31 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.29 | | 509.60 |
| 11/27/07 | {15} | Chicago Regional Council of Carpenters Welfare Fund | Settlement in adversary case | 1141-000 | 38,639.77 | | 39,149.37 |
| 11/27/07 | {15} | Chicago Regional Council of Carpenters Pension Fund | Settlement of adversary proceeding | 1141-000 | 11,360.23 | | 50,509.60 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.08 | | 50,510.68 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 25.72 | | 50,536.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 23.10 | | 50,559.50 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.37 | | 50,569.87 |
| 03/18/08 | {16} | Carpenters Pension Fund of IL | Settlement of adversary | 1141-000 | 17,000.00 | | 67,569.87 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.34 | | 67,580.21 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.42 | | 67,589.63 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.46 | | 67,598.09 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.59 | | 67,606.68 |
| 07/14/08 | {18} | AT&T | refund on wireless service | 1229-000 | 639.46 | | 68,246.14 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.63 | | 68,254.77 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.11 | | 68,262.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.95 | | 68,271.83 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.44 | | 68,279.27 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.36 | | 68,284.63 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.84 | | 68,289.47 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,292.25 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.60 | | 68,294.85 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.97 | | 68,297.82 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,300.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.69 | | 68,303.29 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.97 | | 68,306.26 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.87 | | 68,309.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.87 | | 68,312.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,314.78 |

Subtotals :                              $68,314.78                    $0.00

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-08795 |
| Case Name: | OLESEN CONSTRUCTION, INC. |
| | |
| Taxpayer ID #: | **-***1834 |
| Period Ending: | 10/20/10 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****56-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.78 | | 68,317.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.88 | | 68,320.44 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.88 | | 68,323.32 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.69 | | 68,326.01 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.60 | | 68,328.61 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.06 | | 68,331.67 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.46 | | 68,332.13 |
| 04/06/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -68,332.13 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -68,332.13 | 0.00 | |
| Subtotal | 68,332.13 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $68,332.13 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-08795 |
| Case Name: | OLESEN CONSTRUCTION, INC. |
| Taxpayer ID #: | **-***1834 |
| Period Ending: | 10/20/10 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******56-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire In from JPMorgan Chase Bank, N.A. account ********5665 | Wire In from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 68,332.13 | | 68,332.13 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.27 | | 68,335.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.06 | | 68,339.46 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.94 | | 68,343.40 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.06 | | 68,347.46 |
| 08/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 3.40 | | 68,350.86 |
| 08/27/10 | | To Account #9200******5666 | Transfer to checking | 9999-000 | | 68,350.86 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 68,350.86 | 68,350.86 | $0.00 |
| Less: Bank Transfers | | 68,332.13 | 68,350.86 | |
| Subtotal | | 18.73 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $18.73 | $0.00 | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-08795 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** OLESEN CONSTRUCTION, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******56-66 - Checking Account |
| **Taxpayer ID #:** **-***1834 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/20/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check# | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/10 | | From Account #9200******5665 | Transfer to checking | 9999-000 | 68,350.86 | | 68,350.86 |
| 08/27/10 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $6,666.97, Trustee Compensation; Reference: | 2100-000 | | 6,666.97 | 61,683.89 |
| 08/27/10 | 102 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $28,385.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 28,385.00 | 33,298.89 |
| 08/27/10 | 103 | Charles J. Myler | Dividend paid 100.00% on $614.42, Trustee Expenses; Reference: | 2200-000 | | 614.42 | 32,684.47 |
| 08/27/10 | 104 | Sildch | Dividend paid 100.00% on $8,060.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,060.00 | 24,624.47 |
| 08/27/10 | 105 | Silkich | Dividend paid 100.00% on $975.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 975.00 | 23,649.47 |
| 08/27/10 | 106 | Forrest L. Ingram | Dividend paid 63.21% on $21,913.20, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 13,852.56 | 9,796.91 |
| 08/27/10 | 107 | Department of the Treasury-Internal Revenue Service | Dividend paid 63.21% on $15,497.61, Income Taxes - Internal Revenue Service (Prior Chapter); Reference: | 6810-000 | | 9,796.91 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 68,350.86 | 68,350.86 | $0.00 |
| Less: Bank Transfers | 68,350.86 | 0.00 | |
| **Subtotal** | 0.00 | 68,350.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $68,350.86 | |

| | |
|---|---|
| Net Receipts : | 68,350.86 |
| Net Estate : | $68,350.86 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****56-65 | 68,332.13 | 0.00 | 0.00 |
| MMA # 9200-******56-65 | 18.73 | 0.00 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 68,350.86 | 0.00 |
| | $68,350.86 | $68,350.86 | $0.00 |